1  KENNETH P. CONOUR (State Bar No. 148064)
   DRINKER BIDDLE & REATH LLP
2  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
3  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
4  Email: Kenneth.Conour@dbr.com

5  Attorneys for Defendants
   BAYER CORPORATION and BAYER HEALTHCARE
6  PHARMACEUTICALS INC.

7

8                      UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | PETER JAY GERBER AND MIRIAM        | Case No. CV 07 5918
   | GOLDBERG,                          |
12 |                                    | **CERTIFICATE OF SERVICE**
   |            Plaintiffs,             |
13 |                                    |
   |     v.                             |
14 |                                    |
   | BAYER CORPORATION AND BAYER        |
15 | HEALTHCARE PHARMACEUTICALS,        |
   | INC.; BMC DIAGNOSTICS, INC.;       |
16 | CALIFORNIA PACIFIC MEDICAL         |
   | CENTER; GENERAL ELECTRIC           |
17 | COMPANY; GE HEALTHCARE, INC.;      |
   | GE HEALTHCARE BIO-SCIENCES         |
18 | CORP.; McKESSON CORPORATION;       |
   | MERRY X-RAY CHEMICAL CORP.; and    |
19 | DOES 1 through 35,                 |
   |                                    |
20 |            Defendants.             |

# CERTIFICATE OF SERVICE

I, CAMELIA SANCHEZ, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On November 27, 2007, I caused to be served the following document(s):

1) **U.S. DISTRICT COURT NORTHERN CALIFORNIA / ECF REGISTRATION INFORMATION HANDOUT**

2) **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**

3) **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

4) **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

5) **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

6) **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

7) **STANDING ORDER RE CASE MANAGEMENT CONFERENCE**

8) **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA / CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

[X] BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ] BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

[ ] BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

[ ] BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\392094\1

Case 3:07-cv-05918-JSW   Document 13   Filed 11/29/2007   Page 3 of 3

| | |
|---|---|
| Lawrence J. Gornick, Esq.<br>Debra DeCarli, Esq.<br>LEVINE SIMES KAISER & GORNICK LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Telephone (415) 646-7160<br>Facsimile: (415) 981-1270<br>E-mail: lgornick@lskg-law.com<br>E-mail: ddecarli@lskg-law.com<br>***Attorneys for Plaintiffs*** | Bruce W. Blakely, Esq.<br>LEVINE & SMITH<br>591 Redwood Highway<br>Suite 2275<br>Mill Valley, CA 94941<br>Telephone: (415) 381-6650<br>Facsimile: (415) 381-4301<br>E-mail: bruce@brucewblakely.com<br>***Attorneys for Plaintiffs*** |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 27, 2007 at San Francisco, California.

CAMELIA SANCHEZ

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\392094\1

2
CERTIFICATE OF SERVICE