KENNETH P. CONOUR (State Bar No. 148064)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Email: Kenneth.Conour@dbr.com

Attorneys for Defendants
BAYER CORPORATION and BAYER HEALTHCARE PHARMACEUTICALS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER JAY GERBER AND MIRIAM GOLDBERG,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35,<br><br>Defendants. | Case No. CV 07 5918 EDL<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, CAMELIA SANCHEZ, declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

On November 28, 2007, I caused to be served the following document(s):

**1) U.S. DISTRICT COURT NORTHERN CALIFORNIA / ECF REGISTRATION INFORMATION HANDOUT**

**2) WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**

**3) NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

**4) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**5) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

**6) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**7) STANDING ORDER RE CASE MANAGEMENT CONFERENCE**

**8) STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA / CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

[X] BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ] BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

[ ] BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

[ ] BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\392410\1    CERTIFICATE OF SERVICE    CASE NO.CV 07 5918 EDL

| | |
|---|---|
| 1 | Deborah C. Prosser |
| 2 | KUTAK ROCK LLP<br>515 South Figueroa Street, Suite 1240 |
| 3 | Los Angeles, CA 90071-3329<br>Telephone: (213) 312-4000 |
| 4 | |
| 5 | Attorneys for Defendants<br>General Electric Company, GE<br>Healthcare, Inc. and GE Healthcare |
| 6 | Bio-Sciences Corp. |

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on November 28, 2007 at San Francisco, California.

*/s/ Camelia Sanchez*
CAMELIA SANCHEZ

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\392410\1

CERTIFICATE OF SERVICE

2

CASE NO. CV 07 5918 EDL