**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. WiekingGeneral Court Number
Clerk415.522.2000

**November 30, 2007**

**CASE NUMBER: CV 07-05918 EDL**
**CASE TITLE: PETER JAY GERBER-v-BAYER CORPORATION**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/30/07

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom DeputiesSpecial Projects
Log Book NotedEntered in Computer 11/30/07ha

CASE SYSTEMS ADMINISTRATOR:
Copies to: All CounselTransferor CSA