Lawrence J. Gornick (SBN 136290)
Debra DeCarli (SBN 237642)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
Fax: (415) 981-1270
lgornick@lskg-law.com
ddecarli@lskg-law.com

Bruce W. Blakely (SBN 106832)
**FLAXMAN & BLAKELY, AN ASSOCIATION**
591 Redwood Highway, Suite 2275
Mill Valley, CA 94941
Telephone: (415) 381-6650
Fax: (415) 381-4301
bruce@brucewblakely.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JAY GERBER AND MIRIAM GOLDBERG,<br><br>               Plaintiffs,<br>   vs.<br><br>BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35<br><br>               Defendants. | Case No: 3:07-cv-05918-JSW<br><br>**DECLARATION OF DEBRA DECARLI IN OPPOSITION TO MOTION TO STAY**<br><br>Date:        January 11, 2008<br>Time:       9:00 a.m.<br>Courtroom:  2 |

///

///

///

- 1 -
DECLARATION OF DEBRA DECARLI IN OPPOSITION TO MOTION TO STAY

I, Debra DeCarli, declare as follows:

1) I am an attorney licensed to practice before this Court and associated with the law firm of Levin Simes Kaiser & Gornick LLP, attorneys of record for Plaintiffs in this matter. I have personal knowledge of the facts set forth below, and would competently testify thereto if called upon to do so.

2) I telephoned the Clerk's office of the Judicial Panel on Multidistrict Litigation on November 26, 2007. I asked if the motion to create a gadolinium MDL had been set for hearing. I was informed that nothing related to gadolinium has been calendared. I also asked when the hearing would likely occur. I was informed that the hearing would occur no earlier than mid-January 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of December 2007 in San Francisco, CA.

                                          _s/ Debra DeCarli_____
                                          Debra DeCarli, Esq.

DECLARATION OF DEBRA DECARLI IN OPPOSITION TO MOTION TO STAY