1  Lawrence J. Gornick (SBN 136290)
   Debra DeCarli (SBN 237642)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   44 Montgomery Street, 36th Floor
3  San Francisco, CA 94104
   Telephone: (415) 646-7160
4  Fax: (415) 981-1270
   lgornick@lskg-law.com
5  ddecarli@lskg-law.com

6

7  Bruce W. Blakely (SBN 106832)
   **FLAXMAN & BLAKELY, AN ASSOCIATION**
   591 Redwood Highway, Suite 2275
8  Mill Valley, CA 94941
   Telephone: (415) 381-6650
9  Fax: (415) 381-4301
   bruce@brucewblakely.com
10

11 Attorneys for Plaintiffs

12                           UNITED STATES DISTRICT COURT

13                          NORTHERN DISTRICT OF CALIFORNIA

14 

| PETER JAY GERBER AND MIRIAM GOLDBERG, | Case No: 3:07-cv-05918-JSW |
|---|---|
| Plaintiffs, vs. | |
| BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35 | **PROOF OF SERVICE** |
| Defendants. | |

25 ///

26 ///

27 ///

28

- 1 -

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 44 Montgomery Street, 36th Floor, San Francisco, CA 94104; and that on this date I served a true copy of the documents entitled:

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER TO MDL;**

**DECLARATION OF DEBRA DECARLI IN OPPOSITION TO MOTION TO STAY; and**

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STAY PROCEEDINGS**

Service was effectuated by forwarding the above-noted documents in the following manner:

**Via ECF:**

| | |
|---|---|
| Annette Stepanian, Esq.<br>Kenneth Conour, Esq.<br>Drinker Biddle & Reath, LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105<br>annette.stepanian@dbr.com<br>kenneth.conour@dbr.com<br>***Attorneys for Bayer Corporation and Bayer Healthcare Pharmaceuticals*** | Deborah C. Prosser, Esq.<br>Stephanie Hingle, Esq.<br>Kutak Rock LLP<br>515 South Figueroa Street, Suite 1240<br>Los Angeles, CA 90071<br>dprosser@bwslaw.com<br>Stephanie.hingle@KutakRock.com<br>***Attorneys for General Electric Company, GE Healthcare, Inc. and GE Healthcare Bio-Sciences Corp.*** |

**By Regular Mail** in a sealed envelope, addressed as noted above, with postage fully prepaid and placing it for collection and mailing following the ordinary business practices of Levin Simes Kaiser & Gornick to the following:

| | |
|---|---|
| Carol Sleeth, Esq.<br>Lewis Brisbois Bisgaard & Smith<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>Phone: (415) 362-2580<br>Fax:   (415) 434-0882<br>***Attorneys for California Pacific Medical Center*** | H. Nathan James, Esq.<br>Seifer, Murken, Despina, James & Teichman<br>2135 Lombard Street<br>San Francisco, CA 94123<br>Phone: (415) 749-5900<br>Fax:   (415) 749-0344<br>***Attorneys for Merry X-Ray Chemical Corp.*** |

1
2  Robert K. Lawrence, Esq.
   Bjork Lawrence
3  1850 Mt. Diablo Blvd., Suite 120
   Walnut Creek, CA 94596
4  Phone: (925) 279-1150
   Fax:   (925) 279-1160
5  **Attorneys BMC Diagnostics, Inc.**

6
    I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day
7
of December 2007 in San Francisco, California.
8
9                              By: *Leah K. Sabel* (signature)
10                                  Leah K. Sabel
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28