Lawrence J. Gornick (SBN 136290)
Debra DeCarli (SBN 237642)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
Fax: (415) 981-1270
lgornick@lskg-law.com
ddecarli@lskg-law.com

Bruce W. Blakely (SBN 106832)
**FLAXMAN & BLAKELY, AN ASSOCIATION**
591 Redwood Highway, Suite 2275
Mill Valley, CA 94941
Telephone: (415) 381-6650
Fax: (415) 381-4301
bruce@brucewblakely.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JAY GERBER AND MIRIAM GOLDBERG,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35<br><br>　　　　　Defendants. | Case No: 3:07-cv-05918-JSW<br><br>**DECLARATION OF DEBRA DECARLI IN SUPPORT OF MOTION FOR REMAND**<br><br>Date:　　　　January 11, 2008<br>Time:　　　　9:00 a.m.<br>Courtroom:　2 |

///

///

///

- 1 -
DECLARATION OF DEBRA DECARLI IN SUPPORT OF MOTION FOR REMAND

I, Debra DeCarli, declare as follows:

1) I am an attorney licensed to practice before this Court and associated with the law firm of Levin Simes Kaiser & Gornick LLP, attorneys of record for Plaintiffs in this matter. I have personal knowledge of the facts set forth below, and would competently testify thereto if called upon to do so.

2) All Defendants were served on October 26, 2007. True and correct copies of the proofs of service are attached hereto as Exhibit A.

3) I obtained the September 12, 2007 warning letter sent by Defendants G.E. and Bayer to Healthcare Professionals from the FDA website. A true and correct copy of the letter is attached hereto as Exhibit B.

4) I obtained "GE Healthcare Position Paper on NSF September 2007" from GE's website. A true and correct copy of the position paper is attached hereto as Exhibit C.

5) I telephoned the Clerk's office of the Judicial Panel on Multidistrict Litigation on November 26, 2007. I asked if the motion to create a gadolinium MDL had been set for hearing. I was informed that nothing related to gadolinium has been calendared. I also asked when the hearing would likely occur. I was informed that the hearing would occur no earlier than mid-January 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of December 2007 in San Francisco, CA.

        s/ Debra DeCarli
        Debra DeCarli, Esq.

DECLARATION OF DEBRA DECARLI IN SUPPORT OF MOTION FOR REMAND