| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>LAWRENCE J. GORNICK (SBN 136290)<br>LEVIN SIMES KAISER & GORNICK<br>44 MONTGOMERY STREET, SUITE 3600<br>SAN FRANCISCO, CA 94104<br>TELEPHONE NO.: (415) 646-7160    FAX NO. (Optional): (415) 981-1270<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFFS | FOR COURT USE ONLY<br><br>ENDORSED FILED<br>SUPERIOR COURT<br>COUNTY OF SAN FRANCISCO<br><br>NOV 7 2007<br><br>GORDON PARK-LI, CLERK<br>BY: _____<br>Deputy Clerk |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>STREET ADDRESS: 400 MCALLISTER STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER:<br>PETER JAY GERBER and MIRIAM GOLDBERG<br>DEFENDANT/RESPONDENT:<br>BAYER CORPORATION and BAYER HEALTHCARE PHARMACEUTICALS, INC., et al. | CASE NUMBER:<br>CGC-07-468577 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>3003606 |
| DATE: | TIME: | DEPT: | |

*(Separate proof of service is required for each party server.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of :
    a. ☒   summons
    b. ☒   complaint
    c. ☒   Alternative Dispute Resolution (ADR) package
    d. ☐   Civil Case Cover Sheet *(served in complex cases only)*
    e. ☐   cross-complaint
    f. ☒   other *(specify documents)*: NOTICE TO PLAINITFF; (BLANK) CASE MANAGEMENT STATEMENT

3. a. Party served: *(specify name of party as shown on documents served):*
   GE HEALTHCARE BIO-SCIENCES CORP.
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a):* MARGARET WILSON, PROCESS SPECIALIST, REGISTERED AGENT FOR SERVICE OF PROCESS ON BEHALF OF GE HEALTHCARE BIO-SCIENCES CORP.
4. Address where the party was served:
   818 WEST 7TH STREET, LOS ANGELES, CA 90017

5. I served the party *(check proper box)*
    a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **10-26-07** (2) at: *(time):* **2:45PM**
    b. ☐ **by substituted service.** On *(date):*    at: *(time)*    . I left the documents listed in item 2 with or in the presence of (name and title or relationship to the person indicatd in item 3b):

    (1)☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

    (2)☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

    (3)☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

    (4)☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served

1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure § 417.10 |
|---|---|---|

at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
(date):          (city):                    or ☐ a declaration of mailing is attached.

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
(1) (date):                              (2) (city):
(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30.)
(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** (specify means of service and authorizing code section):

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as occupant
   d. ☒ on behalf of (specify): **GE HEALTHCARE BIO-SCIENCES CORP.**
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)              ☒ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                          ☐ other:

7. **Person who served papers**
   a. Name: **CHRISTOPHER PONCE**
   b. Address: **NATIONWIDE LEGAL, INC.**
      **1255 POST STREET, SUITE #500, SAN FRANCISCO, CA 94109**
   c. Telephone number: **(415) 351-0400**
   d. The fee for service was: $
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i)  ☐ owner  ☒ employee  ☐ independent contractor
         (ii) Registration No.: **5484**
         (iii) County: **LOS ANGELES**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Or
9. ☐ I am a California sherif or marshal and I certify that the foregoing is true and correct.

Date: OCTOBER 26, 2007

**CHRISTOPHER PONCE**
Name of person who served papers/Sheriff or Marshal                    _____
                                                                              (signature)

2

Form Adopted for Mandatory Use                                Code of Civil Procedure § 417.10
Judicial Council of California
POS-010 [Rev. January 1, 2007]
                          PROOF OF SERVICE OF SUMMONS

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>LAWRENCE J. GORNICK (SBN 136290)<br>LEVIN SIMES KAISER & GORNICK<br>44 MONTGOMERY STREET, SUITE 3600<br>SAN FRANCISCO, CA 94104<br>TELEPHONE NO.: (415) 646-7160   FAX NO. (Optional): (415) 981-1270<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFFS | FOR COURT USE ONLY<br>ENDORSED FILED<br>SUPERIOR COURT<br>COUNTY OF SAN FRANCISCO<br>NOV 7 2007<br>GORDON PARK-LI, CLERK<br>BY: _____<br>Deputy Clerk |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>STREET ADDRESS: 400 MCALLISTER STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER:<br>PETER JAY GERBER and MIRIAM GOLDBERG<br>DEFENDANT/RESPONDENT:<br>BAYER CORPORATION and BAYER HEALTHCARE PHARMACEUTICALS, INC., et al. | CASE NUMBER:<br>CGC-07-468577 |
| PROOF OF SERVICE OF SUMMONS<br>DATE:    TIME:    DEPT: | Ref. No. or File No.:<br>3003612 |

*(Separate proof of service is required for each party server.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of :
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: NOTICE TO PLAINITFF; (BLANK) CASE MANAGEMENT STATEMENT

3. a. Party served: *(specify name of party as shown on documents served)*:
   GENERAL ELECTRIC COMPANY
   b. ☒Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a)*: MARGARET WILSON, PROCESS SPECIALIST, REGISTERED AGENT FOR SERVICE OF PROCESS ON BEHALF OF GENERAL ELECTRIC COMPANY
4. Address where the party was served:
   **818 WEST 7TH STREET, LOS ANGELES, CA 90017**

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **10-26-07** (2) at: *(time)*: **2:45PM**
   b. ☐ **by substituted service.** On *(date)*:      at: *(time)*       . I left the documents listed in item 2 with or in the presence of (name and title or relationship to the person indicatd in item 3b):

   (1)☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2)☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3)☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4)☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served

1

---

Form Adopted for Mandatory Use                    Code of Civil Procedure § 417.10
Judicial Council of California
POS-010 [Rev. January 1, 2007]
                    PROOF OF SERVICE OF SUMMONS

at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
(date):                    (city):                    or ☐ a declaration of mailing is attached.

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
(1) (date):                                    (2) (city):
(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30.)
(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** (specify means of service and authorizing code section):

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as occupant
   d. ☒ on behalf of (specify): **GENERAL ELECTRIC COMPANY**
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)           ☒ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                       ☐ other:

7. Person who served papers
   a. Name: **CHRISTOPHER PONCE**
   b. Address: **NATIONWIDE LEGAL, INC.**
      **1255 POST STREET, SUITE #500, SAN FRANCISCO, CA 94109**
   c. Telephone number: **(415) 351-0400**
   d. The fee for service was: $
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner ☒ employee ☐ independent contractor
         (ii) Registration No.: **5484**
         (iii) County: **LOS ANGELES**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: OCTOBER 26, 2007

**CHRISTOPHER PONCE**
Name of person who served papers/Sheriff or Marshal                            _____
                                                                                    (signature)

2

Form Adopted for Mandatory Use                                    Code of Civil Procedure § 417.10
Judicial Council of California
POS-010 [Rev. January 1, 2007]
                              PROOF OF SERVICE OF SUMMONS

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address): <br> LAWRENCE J. GORNICK (SBN 136290) <br> LEVIN SIMES KAISER & GORNICK <br> 44 MONTGOMERY STREET, SUITE 3600 <br> SAN FRANCISCO, CA 94104 <br> TELEPHONE NO.: (415) 646-7160  FAX NO. (Optional): (415) 981-1270 <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): PLAINTIFFS | FOR COURT USE ONLY <br><br> ENDORSED FILED <br> SUPERIOR COURT <br> COUNTY OF SAN FRANCISCO <br><br> NOV 7 2007 <br><br> GORDON PARK-LI, CLERK <br> BY: _____ <br> Deputy Clerk |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO <br> STREET ADDRESS: 400 MCALLISTER STREET <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: SAN FRANCISCO, CA 94102 <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER: <br> PETER JAY GERBER and MIRIAM GOLDBERG <br> DEFENDANT/RESPONDENT: <br> BAYER CORPORATION and BAYER HEALTHCARE PHARMACEUTICALS, INC., et al. | CASE NUMBER: <br> CGC-07-468577 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> 3003610 |
| DATE:   TIME:   DEPT: | |

(Separate proof of service is required for each party server.)

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet (served in complex cases only)
   e. ☐ cross-complaint
   f. ☒ other (specify documents): NOTICE TO PLAINITFF; (BLANK) CASE MANAGEMENT STATEMENT

3. a. Party served: (specify name of party as shown on documents served):
   GE HEALTHCARE, INC.
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)(specify name and relationship to the party named in item 3a): MARGARET WILSON, PROCESS SPECIALIST, REGISTERED AGENT FOR SERVICE OF PROCESS ON BEHALF OF GE HEALTHCARE, INC.

4. Address where the party was served:
   818 WEST 7TH STREET, LOS ANGELES, CA 90017

5. I served the party (check proper box)
   a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 10-26-07 (2) at: (time): 2:45PM
   b. ☐ by substituted service. On (date):   at: (time)   . I left the documents listed in item 2 with or in the presence of (name and title or relationship to the person indicatd in item 3b):

   (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on

1

Form Adopted for Mandatory Use  
Judicial Council of California  
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure § 417.10

(date):    (city):    or ☐ a declaration of mailing is attached.

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
(1) (date):    (2) (city):
(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30.)
(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** (specify means of service and authorizing code section):

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as occupant
   d. ☒ on behalf of (specify): **GE HEALTHCARE, INC.**
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)            ☒ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
   a. Name: **CHRISTOPHER PONCE**
   b. Address: **NATIONWIDE LEGAL, INC.**
      **1255 POST STREET, SUITE #500, SAN FRANCISCO, CA 94109**
   c. Telephone number: **(415) 351-0400**
   d. The fee for service was: $
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
          (i)   ☐ owner  ☒ employee  ☐ independent contractor
          (ii)  Registration No.: **5484**
          (iii) County: **LOS ANGELES**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Or
9. ☐ I am a California sherif or marshal and I certify that the foregoing is true and correct.

Date: OCTOBER 26, 2007

**CHRISTOPHER PONCE**
Name of person who served papers/Sheriff or Marshal        _____
                                                                (signature)

2

Form Adopted for Mandatory Use                    Code of Civil Procedure § 417.10
Judicial Council of California
POS-010 [Rev. January 1, 2007]
                        PROOF OF SERVICE OF SUMMONS

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>LAWRENCE J. GORNICK (SBN 136290)<br>LEVIN SIMES KAISER & GORNICK<br>44 MONTGOMERY STREET, SUITE 3600<br>SAN FRANCISCO, CA 94104<br>TELEPHONE NO.: (415) 646-7160   FAX NO. (Optional): (415) 981-1270<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFFS | FOR COURT USE ONLY<br>ENDORSED FILED<br>SUPERIOR COURT<br>COUNTY OF SAN FRANCISCO<br>NOV 7 2007<br>GORDON PARK-LI, CLERK<br>BY: _____<br>Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>STREET ADDRESS: 400 MCALLISTER STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER:<br>PETER JAY GERBER and MIRIAM GOLDBERG<br>DEFENDANT/RESPONDENT:<br>BAYER CORPORATION and BAYER HEALTHCARE PHARMACEUTICALS, INC., et al. | CASE NUMBER:<br>CGC-07-468577 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>3003613 |
| DATE:   TIME:   DEPT: | |

*(Separate proof of service is required for each party server.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: NOTICE TO PLAINITFF; (BLANK) CASE MANAGEMENT STATEMENT

3. a. Party served: *(specify name of party as shown on documents served)*:
   MERRY X-RAY CHEMICAL CORP.
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a)*: LARRY LAWSON, ACCEPTED SERVICE OF PROCESS ON BEHALF OF MERRY X-RAY CHEMICAL CORP.
4. Address where the party was served: **4444 VIEWRIDGE AVENUE, SAN DIEGO, CA 92123**

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **10-26-07** (2) at: *(time)*: **3:50PM**
   b. ☐ **by substituted service.** On *(date)*:   at: *(time)*:   . I left the documents listed in item 2 with or in the presence of (name and title or relationship to the person indicatd in item 3b):

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   *(city)*:   or ☐ a declaration of mailing is attached.

1

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure § 417.10

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
(1) (date):                                    (2) (city):
(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30.)
(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** (specify means of service and authorizing code section):

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as occupant
   d. ☒ on behalf of (specify): **MERRY X-RAY CHEMICAL CORP.**
       under the following Code of Civil Procedure section:
       ☐ 416.10 (corporation)                    ☒ 415.95 (business organization, form unknown)
       ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
       ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
       ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
       ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                                 ☐ other:

7. Person who served papers
   a. Name: **KATHLEEN YOUNG**
   b. Address: **NATIONWIDE LEGAL, INC.**
      **1255 POST STREET, SUITE #500, SAN FRANCISCO, CA 94109**
   c. Telephone number: **(415) 351-0400**
   d. The fee for service was: $ .
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
          (i) ☐ owner ☒ employee ☐ independent contractor
          (ii) Registration No.: **5484**
          (iii) County: **SAN FRANCISCO**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Or
9. ☐ I am a California sherif or marshal and I certify that the foregoing is true and correct.

Date: OCTOBER 26, 2007

**KATHLEEN YOUNG**
Name of person who served papers/Sheriff or Marshal                         (signature)

2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| LAWRENCE J. GORNICK (SBN 136290)<br>LEVIN SIMES KAISER & GORNICK<br>44 MONTGOMERY STREET, SUITE 3600<br>SAN FRANCISCO, CA 94104<br>TELEPHONE NO.: (415) 646-7160   FAX NO. (Optional): (415) 981-1270<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFFS | ENDORSED FILED<br>SUPERIOR COURT<br>COUNTY OF SAN FRANCISCO<br><br>NOV  7 2007<br><br>GORDON PARK-LI, CLERK<br>BY: _____<br>Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>STREET ADDRESS: 400 MCALLISTER STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER:<br>PETER JAY GERBER and MIRIAM GOLDBERG<br>DEFENDANT/RESPONDENT:<br>BAYER CORPORATION and BAYER HEALTHCARE PHARMACEUTICALS, INC., et al. | CASE NUMBER:<br>CGC-07-468577 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>3003600 |
| DATE:    TIME:    DEPT: | |

*(Separate proof of service is required for each party server.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: NOTICE TO PLAINITFF; (BLANK) CASE MANAGEMENT STATEMENT

3. a. Party served: *(specify name of party as shown on documents served)*:
   CALIFORNIA PACIFIC MEDICAL CENTER
   b. ☒Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a)*: THERESA CARNEY, ACCEPTED SERVICE OF PROCESS ON BEHALF OF CALIFORNIA PACIFIC MEDICAL CENTER

4. Address where the party was served:
   3801 SACRAMENTO STREET, #729C, SAN FRANCISCO, CA 94103

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **10-26-07** (2) at: *(time)*: **4:08PM**
   b. ☐ **by substituted service.** On *(date)*:       at: *(time)*       . I left the documents listed in item 2 with or in the presence of (name and title or relationship to the person indicatd in item 3b):

   (1)☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2)☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3)☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4)☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on

1

Form Adopted for Mandatory Use                                    Code of Civil Procedure § 417.10
Judicial Council of California
POS-010 [Rev. January 1, 2007]
                              PROOF OF SERVICE OF SUMMONS

(date):   (city):   or ☐ a declaration of mailing is attached.

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
(1) (date):   (2) (city):
(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30.)
(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** (specify means of service and authorizing code section):

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as occupant
   d. ☒ on behalf of (specify): **CALIFORNIA PACIFIC MEDICAL CENTER**
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)              ☒ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                            ☐ other:

7. **Person who served papers**
   a. Name: **ESTHER ORTIZ**
   b. Address: **NATIONWIDE LEGAL, INC.**
      **1255 POST STREET, SUITE #500, SAN FRANCISCO, CA 94109**
   c. Telephone number: **(415) 351-0400**
   d. The fee for service was: $
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i)  ☐ owner  ☒ employee  ☐ independent contractor
         (ii) Registration No.: **675**
         (iii) County: **SAN FRANCISCO**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: OCTOBER 26, 2007

**ESTHER ORTIZ**
Name of person who served papers/Sheriff or Marshal                          *(signature)*

2

Form Adopted for Mandatory Use
Judicial Council of California                               Code of Civil Procedure § 417.10
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>LAWRENCE J. GORNICK (SBN 136290)<br>LEVIN SIMES KAISER & GORNICK<br>44 MONTGOMERY STREET, SUITE 3600<br>SAN FRANCISCO, CA 94104<br>TELEPHONE NO.: (415) 646-7160   FAX NO. (Optional): (415) 981-1270<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFFS | FOR COURT USE ONLY<br>ENDORSED FILED<br>SUPERIOR COURT<br>COUNTY OF SAN FRANCISCO<br>NOV 7 2007<br>GORDON PARK-LI, CLERK<br>BY: _____<br>Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>STREET ADDRESS: 400 MCALLISTER STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER:<br>PETER JAY GERBER and MIRIAM GOLDBERG<br>DEFENDANT/RESPONDENT:<br>BAYER CORPORATION and BAYER HEALTHCARE PHARMACEUTICALS, INC., et al. | CASE NUMBER:<br>CGC-07-468577 |
| PROOF OF SERVICE OF SUMMONS<br>DATE:   TIME:   DEPT: | Ref. No. or File No.:<br>3003605 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: NOTICE TO PLAINITFF; (BLANK) CASE MANAGEMENT STATEMENT

3. a. Party served: *(specify name of party as shown on documents served)*:
   MCKESSON CORPORATION
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a)*: BECKY DEGEORGE, PROCESS SPECIALIST, CSC LAWYERS, INC., REGISTERED AGENT FOR SERVICE OF PROCESS ON BEHALF OF MCKESSON CORPORATION

4. Address where the party was served:
   2730 GATEWAY OAKS DRIVE, SUITE 100, SACRAMENTO, CA 95833

5. I served the party *(check proper box)*
   a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 10-26-07 (2) at: *(time)*: 2:50PM
   b. ☐ by substituted service. On *(date)*:       at: *(time)*       . I left the documents listed in item 2 with or in the presence of (name and title or relationship to the person indicatd in item 3b):
   
   (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   
   (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   
   (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served

1

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure § 417.10

at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
    (date):        (city):        or ☐ a declaration of mailing is attached.

    (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
(1) (date):        (2) (city):
(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30.)
(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** (specify means of service and authorizing code section):

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. ☐ as an individual defendant
    b. ☐ as the person sued under the fictitious name of (specify):
    c. ☐ as occupant
    d. ☒ on behalf of (specify): **MCKESSON CORPORATION**
        under the following Code of Civil Procedure section:
        ☐ 416.10 (corporation)    ☒ 415.95 (business organization, form unknown)
        ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
        ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
        ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
        ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
                ☐ other:

7. **Person who served papers**
    a. Name: **GUILLERMO TALAMANTES**
    b. Address: **NATIONWIDE LEGAL, INC.**
        **1255 POST STREET, SUITE #500, SAN FRANCISCO, CA 94109**
    c. Telephone number: **(415) 351-0400**
    d. The fee for service was: $
    e. I am:
        (1) ☐ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☒ registered California process server:
            (i)  ☐ owner  ☒ employee  ☐ independent contractor
            (ii) Registration No.: **2001-23**
            (iii) County: **SACRAMENTO**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    Or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: OCTOBER 26, 2007

<u>**GUILLERMO TALAMANTES**</u>
Name of person who served papers/Sheriff or Marshal        _____
                                                                          (signature)

2

Form Adopted for Mandatory Use                                        Code of Civil Procedure § 417.10
Judicial Council of California
POS-010 [Rev. January 1, 2007]
                                  PROOF OF SERVICE OF SUMMONS

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| LAWRENCE J. GORNICK (SBN 136290)<br>LEVIN SIMES KAISER & GORNICK<br>44 MONTGOMERY STREET, SUITE 3600<br>SAN FRANCISCO, CA 94104<br>TELEPHONE NO.: (415) 646-7160   FAX NO. (Optional): (415) 981-1270<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFFS | ENDORSED FILED<br>SUPERIOR COURT<br>COUNTY OF SAN FRANCISCO<br><br>NOV 7 2007<br><br>GORDON PARK-LI, CLERK<br>BY: _____<br>Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>STREET ADDRESS: 400 MCALLISTER STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER:<br>PETER JAY GERBER and MIRIAM GOLDBERG<br>DEFENDANT/RESPONDENT:<br>BAYER CORPORATION and BAYER HEALTHCARE PHARMACEUTICALS, INC., et al. | CASE NUMBER:<br>CGC-07-468577 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>3003602 |
| DATE:    TIME:    DEPT: | |

*(Separate proof of service is required for each party server.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of :
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* NOTICE TO PLAINTIFF; (BLANK) CASE MANAGEMENT STATEMENT

3. a. Party served: *(specify name of party as shown on documents served):*
   BMC DIAGNOSTICS, INC.
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and* relationship to the party named in item 3a): PING KHEANG, ACCOUNTS PAYABLE, ACCEPTED SERVICE OF PROCESS ON BEHALF OF BMC DIAGNOSTICS, INC.
4. Address where the party was served:
   2000 POWELL STREET, SUITE 1050, EMERYVILLE, CA 94608

5. I served the party *(check proper box)*
   a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **10-26-07** (2) at: *(time):* **2:55PM**
   b. ☐ by substituted service. On *(date):*    at: *(time):*    . I left the documents listed in item 2 with or in the presence of (name and title or relationship to the person indicatd in item 3b):

   (1)☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2)☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3)☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4)☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on

1

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure § 417.10

(date):          (city):               or ☐ a declaration of mailing is attached.

(5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
(1) (date):                                    (2) (city):
(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30.)
(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** (specify means of service and authorizing code section):

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as occupant
   d. ☒ on behalf of (specify): **BMC DIAGNOSTICS, INC.**
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)              ☒ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)             ☐ 415.46 (occupant)
                                           ☐ other:

7. **Person who served papers**
   a. Name: **ORLANDO MARTINEZ**
   b. Address: **NATIONWIDE LEGAL, INC.**
      **1255 POST STREET, SUITE #500, SAN FRANCISCO, CA 94109**
   c. Telephone number: **(415) 351-0400**
   d. The fee for service was: $
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
          (i)   ☒ owner  ☐ employee  ☐ independent contractor
          (ii)  Registration No.: **2005-929**
          (iii) County: **SAN FRANCISCO**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: OCTOBER 26, 2007

**ORLANDO MARTINEZ**
Name of person who served papers/Sheriff or Marshal

_____
(signature)

2

Form Adopted for Mandatory Use                                       Code of Civil Procedure § 417.10
Judicial Council of California
POS-010 [Rev. January 1, 2007]
                              PROOF OF SERVICE OF SUMMONS

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)<br>LAWRENCE J. GORNICK (SBN 136290)<br>LEVIN SIMES KAISER & GORNICK<br>44 MONTGOMERY STREET, SUITE 3600<br>SAN FRANCISCO, CA 94104<br>TELEPHONE NO.: (415) 646-7160    FAX NO. (Optional): (415) 981-1270<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFFS | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>STREET ADDRESS: 400 MCALLISTER STREET<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: SAN FRANCISCO, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER:<br>PETER JAY GERBER and MIRIAM GOLDBERG<br>DEFENDANT/RESPONDENT:<br>BAYER CORPORATION and BAYER HEALTHCARE PHARMACEUTICALS, INC., et al. | CASE NUMBER:<br>CGC-07-468577 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>3003604 |
| DATE:    TIME:    DEPT: | |

*(Separate proof of service is required for each party server.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* NOTICE TO PLAINITFF; (BLANK) CASE MANAGEMENT STATEMENT

3. a. Party served: *(specify name of party as shown on documents served):*
   BAYER HEALTHCARE PHARMACEUTICALS, INC.
   b. ☒Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a):* BECKY DEGEORGE, PROCESS SPECIALIST, CSC LAWYERS, INC., REGISTERED AGENT FOR SERVICE OF PROCESS ON BEHALF OF BAYER HEALTHCARE PHARMACEUTICALS, INC.
4. Address where the party was served:
   **2730 GATEWAY OAKS DRIVE, SUITE 100, SACRAMENTO, CA 95833**

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **10-26-07** (2) at: *(time):* **2:50PM**
   b. ☐ **by substituted service.** On *(date):*    at: *(time)*    . I left the documents listed in item 2 with or in the presence of (name and title or relationship to the person indicatd in item 3b):

   (1)☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2)☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3)☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4)☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served

1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure § 417.10 |

at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
(date):         (city):              or ☐ a declaration of mailing is attached.

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
(1) (date):                    (2) (city):
(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30.)
(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** (specify means of service and authorizing code section):

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as occupant
   d. ☒ on behalf of (specify): **BAYER HEALTHCARE PHARMACEUTICALS, INC.**
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)                       ☒ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)               ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                     ☐ 415.46 (occupant)
                                                   ☐ other:

7. **Person who served papers**
   a. Name: **GUILLERMO TALAMANTES**
   b. Address: **NATIONWIDE LEGAL, INC.**
      **1255 POST STREET, SUITE #500, SAN FRANCISCO, CA 94109**
   c. Telephone number: **(415) 351-0400**
   d. The fee for service was: $
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i)   ☐ owner   ☒ employee   ☐ independent contractor
         (ii)  Registration No.: **2001-23**
         (iii) County: **SACRAMENTO**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Or
9. ☐ I am a California sherif or marshal and I certify that the foregoing is true and correct.

Date: OCTOBER 26, 2007

**GUILLERMO TALAMANTES**
Name of person who served papers/Sheriff or Marshal                    /s/ *[signature]*
                                                                       (signature)

2

Form Adopted for Mandatory Use                                    Code of Civil Procedure § 417.10
Judicial Council of California
POS-010 [Rev. January 1, 2007]
                             PROOF OF SERVICE OF SUMMONS

| ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address) | FOR COURT USE ONLY |
|---|---|
| LAWRENCE J. GORNICK (SBN 136290)<br>LEVIN SIMES KAISER & GORNICK<br>44 MONTGOMERY STREET, SUITE 3600<br>SAN FRANCISCO, CA 94104<br>TELEPHONE NO.: (415) 646-7160    FAX NO. (Optional): (415) 981-1270<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): PLAINTIFFS | ENDORSED FILED |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO**
STREET ADDRESS: 400 MCALLISTER STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME:

**PLAINTIFF/PETITIONER:**
PETER JAY GERBER and MIRIAM GOLDBERG
**DEFENDANT/RESPONDENT:**
BAYER CORPORATION and BAYER HEALTHCARE PHARMACEUTICALS, INC., et al.

CASE NUMBER: **CGC-07-468577**

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: **3003612**

| DATE: | TIME: | DEPT: |
|---|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: NOTICE TO PLAINITFF; (BLANK) CASE MANAGEMENT STATEMENT

3. a. Party served: *(specify name of party as shown on documents served)*:
   BAYER CORPORATION
   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made)*(specify name and relationship to the party named in item 3a)*: MARGARET WILSON, PROCESS SPECIALIST, REGISTERED AGENT FOR SERVICE OF PROCESS ON BEHALF OF BAYER CORPORATION

4. Address where the party was served:
   818 WEST 7TH STREET, LOS ANGELES, CA 90017

5. I served the party *(check proper box)*
   a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **10-26-07** (2) at: *(time)*: **2:45PM**
   b. ☐ by substituted service. On *(date)*:     at: *(time)*       . I left the documents listed in item 2 with or in the presence of (name and title or relationship to the person indicatd in item 3b):

   (1)☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2)☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3)☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4)☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on

1

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure § 417.10

        (date):        (city):        or ☐ a declaration o. ...ailing is attached.

(5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
(1) (date):      (2) (city):
(3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* (form 982(a)(4)) and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt *(form 982(a)(4).)* (Code Civ. Proc., § 415.30.)
(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** (specify means of service and authorizing code section):

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as occupant
   d. ☒ on behalf of (specify): **BAYER CORPORATION**
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)    ☒ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)    ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)    ☐ 415.46 (occupant)
          ☐ other:

7. Person who served papers
   a. Name: **CHRISTOPHER PONCE**
   b. Address: **NATIONWIDE LEGAL, INC.**
      **1255 POST STREET, SUITE #500, SAN FRANCISCO, CA 94109**
   c. Telephone number: **(415) 351-0400**
   d. The fee for service was: $
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
         (i) ☐ owner ☒ employee ☐ independent contractor
         (ii) Registration No.: **5484**
         (iii) County: **LOS ANGELES**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Or
9. ☐ I am a California sherif or marshal and I certify that the foregoing is true and correct.

Date: OCTOBER 26, 2007

**CHRISTOPHER PONCE**
Name of person who served papers/Sheriff or Marshal      _____
                                                                            (signature)

2

Form Adopted for Mandatory Use              Code of Civil Procedure § 417.10
Judicial Council of California
POS-010 [Rev. January 1, 2007]         PROOF OF SERVICE OF SUMMONS