Lawrence J. Gornick (SBN 136290)
Debra DeCarli (SBN 237642)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
Fax: (415) 981-1270
lgornick@lskg-law.com
ddecarli@lskg-law.com

Bruce W. Blakely (SBN 106832)
**FLAXMAN & BLAKELY, AN ASSOCIATION**
591 Redwood Highway, Suite 2275
Mill Valley, CA 94941
Telephone: (415) 381-6650
Fax: (415) 381-4301
bruce@brucewblakely.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JAY GERBER AND MIRIAM GOLDBERG,<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35<br><br>　　　　　　　Defendants. | Case No: 3:07-cv-05918-JSW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND**<br><br>Date:　　　January 11, 2008<br>Time:　　　9:00 a.m.<br>Courtroom:　2 |

Having considered the submissions of the parties on Plaintiffs' Motion for Remand pursuant to 28 U.S.C. 1447(c):

- 2 -

1   The Court finds that there is not complete diversity of citizenship among the parties. Plaintiffs'
2   motion is therefore GRANTED and the case is REMANDED to San Francisco Superior Court.
3   IT IS SO ORDERED.

Dated: _____                    _____
                                              Honorable Jeffrey S. White