1  Lawrence J. Gornick (SBN 136290)
   Debra DeCarli (SBN 237642)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   44 Montgomery Street, 36th Floor
3  San Francisco, CA 94104
   Telephone: (415) 646-7160
4  Fax: (415) 981-1270
   lgornick@lskg-law.com
5  ddecarli@lskg-law.com

6

7  Bruce W. Blakely (SBN 106832)
   **FLAXMAN & BLAKELY, AN ASSOCIATION**
   591 Redwood Highway, Suite 2275
8  Mill Valley, CA 94941
   Telephone: (415) 381-6650
9  Fax: (415) 381-4301
   bruce@brucewblakely.com
10

   Attorneys for Plaintiffs
11

12                      UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14 | PETER JAY GERBER AND MIRIAM       | Case No: 3:07-cv-05918-JSW
   | GOLDBERG,                          |
15 |                                    |
   |            Plaintiffs,             |
16 |     vs.                            |
   |                                    |
17 | BAYER CORPORATION AND BAYER        | **PROOF OF SERVICE**
   | HEALTHCARE PHARMACEUTICALS,        |
18 | INC.; BMC DIAGNOSTICS, INC.;       |
   | CALIFORNIA PACIFIC MEDICAL         |
19 | CENTER; GENERAL ELECTRIC           |
   | COMPANY; GE HEALTHCARE, INC.; GE   |
20 | HEALTHCARE BIO-SCIENCES CORP.;     |
   | McKESSON CORPORATION; MERRY X-     |
21 | RAY CHEMICAL CORP.; and DOES 1     |
   | through 35                         |
22 |                                    |
23 |            Defendants.             |

24

25  ///

26  ///

27  ///

28

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 44 Montgomery Street, 36th Floor, San Francisco, CA 94104; and that on this date I served a true copy of the documents entitled:

**PLAINTIFFS' MOTION FOR REMAND;**

**DECLARATION OF DEBRA DECARLI IN SUPPORT OF MOTION TO REMAND; and**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND**

Service was effectuated by forwarding the above-noted documents in the following manner:

**Via ECF:**

| | |
|---|---|
| Annette Stepanian, Esq.<br>Kenneth Conour, Esq.<br>Drinker Biddle & Reath, LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105<br>annette.stepanian@dbr.com<br>kenneth.conour@dbr.com<br>*Attorneys for Bayer Corporation and Bayer Healthcare Pharmaceuticals* | Deborah C. Prosser, Esq.<br>Stephanie Hingle, Esq.<br>Kutak Rock LLP<br>515 South Figueroa Street, Suite 1240<br>Los Angeles, CA 90071<br>dprosser@bwslaw.com<br>Stephanie.hingle@KutakRock.com<br>*Attorneys for General Electric Company, GE Healthcare, Inc. and GE Healthcare Bio-Sciences Corp.* |

**By Regular Mail** in a sealed envelope, addressed as noted above, with postage fully prepaid and placing it for collection and mailing following the ordinary business practices of Levin Simes Kaiser & Gornick to the following:

| | |
|---|---|
| Carol Sleeth, Esq.<br>Lewis Brisbois Bisgaard & Smith<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>Phone: (415) 362-2580<br>Fax:   (415) 434-0882<br>*Attorneys for California Pacific Medical Center* | H. Nathan James, Esq.<br>Seifer, Murken, Despina, James & Teichman<br>2135 Lombard Street<br>San Francisco, CA 94123<br>Phone: (415) 749-5900<br>Fax:   (415) 749-0344<br>*Attorneys for Merry X-Ray Chemical Corp.* |

1
2   Robert K. Lawrence, Esq.
    Bjork Lawrence
3   1850 Mt. Diablo Blvd., Suite 120
    Walnut Creek, CA 94596
4   Phone: (925) 279-1150
    Fax:   (925) 279-1160
5   **Attorneys BMC Diagnostics, Inc.**

6
        I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day
7
    of December 2007 in San Francisco, California.
8
9                                         By: _/s/ Leah K. Sabel_
10                                             Leah K. Sabel

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE