1  KENNETH P. CONOUR (State Bar No. 148064)
   DRINKER BIDDLE & REATH LLP
2  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
3  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
4  Email: Kenneth.Conour@dbr.com

5  Attorneys for Defendants
   BAYER CORPORATION and BAYER HEALTHCARE
6  PHARMACEUTICALS INC.

7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 

12 PETER JAY GERBER AND MIRIAM      Case No.  CV-07-05918-JSW
   GOLDBERG,
13                                  **JOINDER OF DEFENDANTS BAYER
              Plaintiffs,           CORPORATION AND BAYER
14                                  HEALTHCARE PHARMACEUTICAL
        v.                          INC. TO CO-DEFENDANTS' MOTION
15                                  TO STAY ALL PROCEEDINGS
   BAYER CORPORATION AND BAYER      PENDING TRANSFER DECISION BY
16 HEALTHCARE PHARMACEUTICALS,      THE JUDICIAL PANEL ON
   INC.; BMC DIAGNOSTICS, INC.;     MULTIDISTRICT LITIGATION**
17 CALIFORNIA PACIFIC MEDICAL
   CENTER; GENERAL ELECTRIC         [Jury Trial Demanded]
18 COMPANY; GE HEALTHCARE, INC.;
   GE HEALTHCARE BIO-SCIENCES       (San Francisco County Superior Court Case
19 CORP.; McKESSON CORPORATION;     No. CGC07468577)
   MERRY X-RAY CHEMICAL CORP.; and
20 DOES 1 through 35,               Reserved Hearing:

21            Defendants.           Date: January 11, 2008
                                    Time: 9:00 a.m.
22                                  Courtroom: 2, 17th Floor

23

24         **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

25         PLEASE TAKE NOTICE THAT Defendants, Bayer Corporation and Bayer

26 HealthCare Pharmaceuticals Inc., (collectively "Bayer") join in the Motion to Stay All

27 Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation

28 ("Motion to Stay") filed by co-defendants General Electric Company, GE Healthcare,

Inc., and GE Healthcare Bio-Sciences Corporation in the above-captioned action.

Bayer expressly adopts the Motion to Stay as its own and reserves the right to argue the motion, as the moving party, in lieu of or in addition to co-defendants.

A hearing on this motion is presently scheduled for January 11, 2008 at 9:00 a.m. in Courtroom 2, 17th Floor of the above-entitled Court located at 450 Golden Gate Ave., San Francisco, California.

Dated: December 5, 2007

DRINKER BIDDLE & REATH LLP

/s/ Kenneth P. Conour
KENNETH P. CONOUR

Attorneys for Defendants
BAYER CORPORATION and BAYER HEALTHCARE PHARMACEUTICALS INC.