Deborah C. Prosser (SBN 109856)
Email: Deborah.Prosser@KutakRock.com
Stephanie A. Hingle (SBN 199396)
Email: Stephanie.Hingle@KutakRock.com
KUTAK ROCK LLP
515 South Figueroa Street, Suite 1240
Los Angeles, CA  90071-3329
Telephone:    (213) 312-4000
Facsimile:    (213) 312-4001

Attorneys for Defendants
GENERAL ELECTRIC COMPANY, GE
HEALTHCARE INC. and GE HEALTHCARE
BIO-SCIENCES CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER JAY GERBER and MIRIAM GOLDBERG,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35<br><br>Defendants. | CASE NO.  CV-07-5918-JSW<br><br>**ORDER GRANTING DEFENDANT GE HEALTHCARE BIO-SCIENCES CORP.'S REQUEST FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING**<br><br>[Rule 6(b), Fed. R. Civ. Proc.]<br><br>[Jury Trial Demanded]<br><br>(San Francisco County Superior Court Case No. CGC07468577) |

Defendant GE Healthcare Bio-Sciences Corp. shall have until December 31, 2007 to file its response to Plaintiff's Complaint in the above-referred to matter.

**IT IS SO ORDERED.**

December 6, 2007

_____
UNITED STATES DISTRICT COURT

4818-2277-4530.1

ORDER GRANTING ENLARGEMENT OF TIME                                CASE NO. CV-07-5918-JSW

# PROOF OF SERVICE
*Peter Jay Gerber, et al. vs. Bayer Corporation, et al.*
*U.S. District Court, Northern District of California,*
*San Francisco Division, Case No. CV-07-5918*
*(San Francisco Superior Court Case No.: CGC-07-468577)*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the City of Los Angeles in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 S. Figueroa Street, Suite 1240, Los Angeles, California 90071.

    On December 4, 2007, I served the following documents described as

**ORDER GRANTING DEFENDANT GE HEALTHCARE BIO-SCIENCES CORP.'S REQUEST FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING**

on all interested parties in this action by placing a true copy or the original thereof enclosed in a sealed envelope or package addressed as stated on the attached mailing list.

[ ]  **(BY FACSIMILE)** The facsimile machine I used complied with Rule 2.301(3) and no error was reported by the machine. Pursuant to Rule 2.306(g)(4), I caused the machine to print a record of the transmission.

[ ]  **(BY MAIL, 1013a, 2015.5 C.C.P.)** I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[XX]  **(BY NOTICE OF ELECTRONIC FILING)** Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

[ ]  **(BY OVERNIGHT DELIVERY/COURIER)** I delivered such envelope or package to a courier or driver authorized by the express service carrier; or deposited such envelope or package to a regularly maintained drop box or facility to receive documents by the express service carrier with delivery fees provided for.

[ ]  **(BY MESSENGER)** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them

to a messenger for personal service. (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*)

[ ] **(BY PERSONAL SERVICE)** I delivered the foregoing envelope by hand to the offices of the addressee.

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[XX] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on December 4, 2007, at Los Angeles, California.

*/s/ Virginia L. Gomez*
Virginia L. Gomez

## SERVICE LIST

| | |
|---|---|
| Lawrence J. Gornick<br>Debra DeCarli<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Tel: 415-646-7160<br>Fax: 415-981-1270<br>Email: lgornick@lskg-law.com<br>    ddecarli@lskg-law.com<br>***Attorneys for Plaintiffs*** | Bruce W. Blakely<br>Flaxman & Blakely, An Association<br>591 Redwood Highway, Suite 2275<br>Mill Valley, CA 94941<br>Tel: 415-381-6650<br>Fax: 415-381-4301<br>Email: bruce@brucewblakely.com<br>***Attorneys for Plaintiffs*** |
| Kenneth P. Conour<br>Drinker Biddle & Reath LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>Tel: 415-591-7500<br>Fax: 415-591-7510<br>Email: Kenneth.Conour@dbr.com<br>***Attorneys for Bayer Healthcare Pharmaceuticals Inc.*** | |