Lawrence J. Gornick (SBN 136290)
Debra DeCarli (SBN 237642)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
Fax: (415) 981-1270
lgornick@lskg-law.com
ddecarli@lskg-law.com

Bruce W. Blakely (SBN 106832)
**FLAXMAN & BLAKELY, AN ASSOCIATION**
591 Redwood Highway, Suite 2275
Mill Valley, CA 94941
Telephone: (415) 381-6650
Fax: (415) 381-4301
bruce@brucewblakely.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JAY GERBER AND MIRIAM GOLDBERG,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35<br><br>    Defendants. | Case No: 3:07-cv-05918-JSW<br><br>**PROOF OF SERVICE VIA US MAIL RE ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT PURSUANT TO LOCAL RULE 5-6(a)** |

I certify that I am over the age of 18 years and not a party to the within action; that my business address is 44 Montgomery Street, 36th Floor, San Francisco, CA 94104; and that on this date I served a true copy of the document(s) entitled:

- 1 -
PROOF OF SERVICE

1 | **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE
2 | MANAGEMENT CONFERENCE STATEMENT**

3 | Service was effectuated by forwarding the above-noted document in the following manner:

4 | XX    **By Regular Mail** in a sealed envelope, addressed as noted above, with postage fully prepaid and placing it for collection and mailing following the ordinary business practices of Levin Simes Kaiser & Gornick.

6 | **By Electronic Mail**

7 | **By Hand Delivery** in a sealed envelope, addressed as noted above, through services provided by the office of Levin Simes Kaiser & Gornick.

8 | **By Facsimile** to the numbers as noted below by placing it for facsimile transmittal following the ordinary business practices of Levin Simes Kaiser & Gornick.

10 | **By Overnight Courier** in a sealed envelope, addressed as noted above, through services provided by (Federal Express, UPS,) and billed to Levin Simes Kaiser & Gornick.

| | |
|---|---|
| Annette Stepanian, Esq.<br>Kenneth Conour, Esq.<br>Drinker Biddle & Reath, LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105<br>annette.stepanian@dbr.com<br>kenneth.conour@dbr.com<br>***Attorneys for Bayer Corporation and Bayer Healthcare Pharmaceuticals*** | Deborah C. Prosser, Esq.<br>Stephanie Hingle, Esq.<br>Kutak Rock LLP<br>515 South Figueroa Street, Suite 1240<br>Los Angeles, CA 90071<br>dprosser@bwslaw.com<br>Stephanie.hingle@KutakRock.com<br>***Attorneys for General Electric Company, GE Healthcare, Inc. and GE Healthcare Bio-Sciences Corp.*** |
| Carol Sleeth, Esq.<br>Lewis Brisbois Bisgaard & Smith<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>Phone: (415) 362-2580<br>Fax: (415) 434-0882<br>***Attorneys for California Pacific Medical Center*** | H. Nathan James, Esq.<br>Seifer, Murken, Despina, James & Teichman<br>2135 Lombard Street<br>San Francisco, CA 94123<br>Phone: (415) 749-5900<br>Fax: (415) 749-0344<br>***Attorneys for Merry X-Ray Chemical Corp.*** |
| Robert K. Lawrence, Esq.<br>Bjork Lawrence<br>1850 Mt. Diablo Blvd., Suite 120<br>Walnut Creek, CA 94596<br>Phone: (925) 279-1150<br>Fax: (925) 279-1160<br>***Attorneys BMC Diagnostics, Inc.*** | |

1
2     I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of
3  December 2007 at San Francisco, California.
4
5
6  *Leah K. Sabel*
   Leah K. Sabel
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE