Deborah C. Prosser (SBN 109856)
Email: Deborah.Prosser@KutakRock.com
Stephanie A. Hingle (SBN 199396)
Email: Stephanie.Hingle@KutakRock.com
KUTAK ROCK LLP
515 South Figueroa Street, Suite 1240
Los Angeles, CA 90071-3329
Telephone:  (213) 312-4000
Facsimile:  (213) 312-4001

Attorneys for Defendants
GENERAL ELECTRIC COMPANY, GE
HEALTHCARE INC. and GE HEALTHCARE
BIO-SCIENCES CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER JAY GERBER and MIRIAM GOLDBERG,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35<br><br>Defendants. | CASE NO. CV-07-05918-JSW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>**[Jury Trial Demanded]**<br><br>(San Francisco County Superior Court Case No. CGC07468577)<br><br>Reserved Hearing:<br><br>Date: January 11, 2008<br>Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor |

Defendants General Electric Company and GE Healthcare Inc.'s ("Defendants") Motion to Stay all Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation came on regularly for hearing before this Court on January 11, 2008. After considering all of the papers and arguments of counsel, the Court finds that good cause exists to stay this matter pending the MDL decision.

4827-2442-2402.1

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING MOTION TO STAY          CASE NO. CV-07-5918-JSW

1  Accordingly, Defendants' Motion to Stay is hereby GRANTED and all
2  proceedings in this case are stayed pending further notice.
3  **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT