1  Lawrence J. Gornick (SBN 136290)
   Debra DeCarli (SBN 237642)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   44 Montgomery Street, 36th Floor
3  San Francisco, CA 94104
   Telephone:  (415) 646-7160
4  Fax:  (415) 981-1270
   lgornick@lskg-law.com
5  ddecarli@lskg-law.com

6
   Bruce W. Blakely (SBN 106832)
7  **FLAXMAN & BLAKELY, AN ASSOCIATION**
   591 Redwood Highway, Suite 2275
8  Mill Valley, CA 94941
   Telephone: (415) 381-6650
9  Fax: (415) 381-4301
   bruce@brucewblakely.com
10
   Attorneys for Plaintiffs
11

12                 **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14 | PETER JAY GERBER AND MIRIAM    | Case No: 3:07-cv-05918-JSW
   | GOLDBERG,
15 |
   |                   Plaintiffs,
16 |        vs.
   |                                          **DECLARATION OF DEBRA DECARLI IN**
17 | BAYER CORPORATION AND BAYER              **OPPOSITION TO MOTION TO STAY**
   | HEALTHCARE PHARMACEUTICALS,
18 | INC.; BMC DIAGNOSTICS, INC.;
   | CALIFORNIA PACIFIC MEDICAL
19 | CENTER; GENERAL ELECTRIC                 Date:         January 11, 2008
   | COMPANY; GE HEALTHCARE, INC.; GE         Time:         9:00 a.m.
20 | HEALTHCARE BIO-SCIENCES CORP.;           Courtroom:    2
   | McKESSON CORPORATION; MERRY X-
21 | RAY CHEMICAL CORP.; and DOES 1
   | through 35
22 |
   |                   Defendants.
23 |

24

25 ///

26 ///

27 ///

28
                                    – 1 –

1    I, Debra DeCarli, declare as follows:

2    1)    I am an attorney licensed to practice before this Court and associated with the law firm

3    of Levin Simes Kaiser & Gornick LLP, attorneys of record for Plaintiffs in this matter.  I have

4    personal knowledge of the facts set forth below, and would competently testify thereto if called upon

5    to do so.

6    2)    I telephoned the Clerk's office of the Judicial Panel on Multidistrict Litigation on

7    December 13, 2007.  I asked if the motion to create a gadolinium MDL had been set for hearing.  I was

8    informed that consideration of the creation of a gadolinium MDL has been calendared for January 30,

9    2008.

10    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 13th day

11    of December 2007 in San Francisco, CA.

12

13    _s/ Debra DeCarli_____
Debra DeCarli, Esq.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

DECLARATION OF DEBRA DECARLI IN OPPOSITION TO MOTION TO STAY