Lawrence J. Gornick (SBN 136290)
Debra DeCarli (SBN 237642)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
Fax: (415) 981-1270
lgornick@lskg-law.com
ddecarli@lskg-law.com

Bruce W. Blakely (SBN 106832)
**FLAXMAN & BLAKELY, AN ASSOCIATION**
591 Redwood Highway, Suite 2275
Mill Valley, CA 94941
Telephone: (415) 381-6650
Fax: (415) 381-4301
bruce@brucewblakely.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JAY GERBER AND MIRIAM GOLDBERG,<br><br>    Plaintiffs,<br> vs.<br><br>BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35<br><br>    Defendants. | Case No: 3:07-cv-05918-JSW<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STAY PROCEEDINGS**<br><br>Date:   January 11, 2008<br>Time:   9:00 a.m.<br>Courtroom: 2 |

///

///

///

- 1 -

1  Having considered the submissions of the parties on Defendants' Motion to Stay Proceedings:

2  DEFENDANTS' Motion to Stay Proceedings is DENIED.

3  IT IS SO ORDERED.

4

5  Dated: _____        _____
                                    Honorable Jeffrey S. White
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
[PROPOSED] ORDER DENYING DEFENDANTS MOTION TO STAY PROCEEDINGS