Deborah C. Prosser (SBN 109856)
Email: Deborah.Prosser@KutakRock.com
Stephanie A. Hingle (SBN 199396)
Email: Stephanie.Hingle@KutakRock.com
KUTAK ROCK LLP
515 South Figueroa Street, Suite 1240
Los Angeles, CA 90071-3329
Telephone:  (213) 312-4000
Facsimile:   (213) 312-4001

Attorneys for Defendants
GENERAL ELECTRIC COMPANY, GE
HEALTHCARE INC. and GE HEALTHCARE
BIO-SCIENCES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER JAY GERBER and MIRIAM GOLDBERG,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35<br><br>Defendants. | CASE NO. CV-07-5918-JSW<br><br>**DECLARATION OF DEBORAH C. PROSSER IN SUPPORT OF REMOVING DEFENDANTS' OPPOSITION TO MOTION FOR REMAND**<br><br>**[Jury Trial Demanded]**<br><br>(San Francisco County Superior Court Case No. CGC07468577) |

### DECLARATION OF DEBORAH C. PROSSER

I, Deborah C. Prosser, declare and say that:

1.  I am an attorney duly licensed to practice before of the courts of the State of California, and before the United States District Court, Northern District of California. I

1. am a partner at Kutak Rock LLP, attorneys of record for Defendants General Electric Company, GE Healthcare Inc., and GE Healthcare Bio-Sciences Corp. (collectively "GE"). All of the facts stated herein are of my own personal knowledge, and if called and sworn as a witness, I would and could testify competently thereto.

2. In addition to my representation of GE in this action, I also represent GE in other California gadolinium based contrast agent ("GBCA") cases in California and am involved in other GBCA actions filed against GE in other jurisdictions. Attached as Exhibit "A" to this Declaration is a true and correct copy of a motion filed by certain plaintiffs law firms involved in other GBCA litigation in other jurisdictions seeking the establishment of a Multi-District Litigation ("MDL") for all federal cases involving GBCA. I am informed and believe that the hearing date for the MDL motion has been set by MDL Panel for January 30. 2008.

3. Neither of the manufacturing defendants named in the instant case, GE and Bayer Corporation and Bayer Healthcare Pharmaceuticals, Inc. (collectively "Bayer"), has objected to the creation of an MDL for these cases, including the instant case.

4. Remand issues are present in both the instant case and in another state filed case entitled *Irven S. Shelton vs. General Electric Company, et al.* Civil Action No. 07-01951 (the "*Shelton* Case"), which was originally filed in Louisiana state court and has been removed based on diversity jurisdiction by GE to the United States District Court, Western District of Louisiana, Lake Charles Division. In the *Shelton* Case, GE contends that non-diverse state facility defendants were fraudulently joined to defeat diversity jurisdiction. On December 11, 2007, Plaintiffs in the *Shelton* Case filed a motion for remand.

5. At or about the time of the filing of the Complaint in state court, Plaintiffs' counsel issued a press release as reported and downloaded from an internet article posted on law.com. A true and correct copy of Hirsch, M., The Recorder, *Taking New Area of Litigation One Plaintiff Suit at a Time* is attached hereto as Exhibit "B"

///

6. Attached hereto as Exhibit "C" is a true and correct copy of the California Business Portal corporate record of BMC Diagnostics, Inc. printed from the California Secretary of State's website.

7. Attached hereto as Exhibit "D" is a true and correct copy of the Northern District's decision in *Johnson v. Merck & Co., Inc.*, 2007 WL 754882 (N.D. Cal. March 8, 2007).

8. Attached hereto as Exhibit "E" is a true and correct copy of the Central District's decision in *Black v. Merck & Co.*, Inc., 2004 WL 5392660 (C.D. Cal. March 3, 2004).

9. Attached hereto as Exhibit "F" is a true and correct copy of the Eastern District's decision in *Leeson v. Merck & Company, Inc.*, 2006 WL 3230047 (E.D. Cal. January 27, 2006.)

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct.

Executed this 19th day of December, 2007, in Los Angeles, California.

_____
DEBORAH C. PROSSER