LEWIS BRISBOIS BISGAARD & SMITH LLP
DANIEL J. MEAGHER, SBN 66821
CAROL SLEETH, SBN 111460
One Sansome St., Suite 1400
San Francisco, CA 94104
Tel: 415.362.2580
Fax: 415.434.0882

Attorneys for Defendant
CALIFORNIA PACIFIC MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JAY GERBER and MIRIAM GOLDBERG,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP., and Does 1 through 35,<br><br>Defendants | CASE NO. 3:07-CV-05918 JSW<br><br>DECLARATION OF ALAN PONT, M.D.<br><br>DATE: January 11, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 2 |

I, ALLAN PONT, M.D., declare as follows:

1. I am the Vice President of Medical Staff Affairs and Chief Medical Officer at California Pacific Medical Center [CPMC]. I am an Executive Management Member of the Officer's Council of CPMC. I am also a member of the CPMC Board of Directors. I make this Declaration of my own personal knowledge.

2. CPMC is a California corporation. Its corporate license with the State of California is C0015273. It is not a professional corporation. As a California corporation, it does not practice

4838-9620-6850.1                                    1

GERBER v. BAYER, DECLARATION OF ALAN PONT, M.D.

medicine. It does not diagnose or examine patients. It is a hospital, and provides medical care to patients through physicians who are members of its Medical Staff.

3. The Medical Staff is a separate entity from CPMC. Members of the medical staff are licensed physicians and surgeons. CPMC does not employ physicians. Because it is not a professional corporation, it cannot employ physicians. Physicians who practice medicine at CPMC (such as emergency medicine physicians, anesthesiologists and radiologists) are employed by professional medical groups with which CPMC has a contract. The professional medical groups are independent contractors with CPMC.

4. A patient's physician diagnoses the medical condition(s), and orders the appropriate tests based upon the particular diagnoses. It is the patient's physician who orders imaging studies, such as MRIs and MRAs. It is the patient's physician who determines, based upon the patient's particular diagnosis, whether the MRI or MRA requires a contrast agent. CPMC does not diagnose the patient, order the MRI or MRA, or determine whether an imaging study requires a contrast agent and, if so, which contrast agent. CPMC receives an order from a patient's physician for the particular study – e.g., MRI or MRA, with or without contrast.

5. MRAs and/or MRAs are performed in CPMC's Department of radiology. Physicians who work in the Department of radiology are not CPMC employees; they work as independent contractors with CPMC. They are members of CPMC's Medical Staff. If a contrast agent is ordered with a MRI and/or MRA, the physician in the Department of radiology determines the contrast agent to administer. The type of contrast involves a medical decision based upon the patient's particular diagnosis. CPMC does not determine the contrast agent to use with MRIs and/or MRAs because physicians, rather than CPMC, make medical decisions.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I executed this Declaration on December 18, 2008 in San Francisco, CA.

ALLAN PONT, M.D.

4838-9620-6850.1

2

GERBER v. BAYER, DECLARATION OF ALAN PONT, M.D.