1  KENNETH P. CONOUR (State Bar No. 148064)
   DRINKER BIDDLE & REATH LLP
2  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
3  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
4  Email: Kenneth.Conour@dbr.com

5  Attorneys for Defendants
   BAYER CORPORATION and BAYER HEALTHCARE
6  PHARMACEUTICALS, INC.

7  Deborah C. Prosser (State Bar No. 109856)
   KUTAK ROCK LLP
8  515 South Figueroa Street, Suite 1240
   Los Angeles, CA 90071-3329
9  Telephone: (213) 312-4000
   Facsimile: (213) 312-4001
10 Email: Deborah.Prosser@KutakRock.com

11 Attorneys for Defendants
   GENERAL ELECTRIC COMPANY, GE
12 HEALTHCARE, INC. and GE HEALTHCARE BIO-
   SCIENCES CORP.
13

14              UNITED STATES DISTRICT COURT

15    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

17 PETER JAY GERBER AND MIRIAM      | Case No. CV-07-5918 JSW
   GOLDBERG,
18                                   | **DECLARATION OF LARRY LAWSON**
                Plaintiffs,
19
        v.
20
   BAYER CORPORATION AND BAYER
21 HEALTHCARE PHARMACEUTICALS,
   INC.; BMC DIAGNOSTICS, INC.;
22 CALIFORNIA PACIFIC MEDICAL
   CENTER; GENERAL ELECTRIC
23 COMPANY; GE HEALTHCARE, INC.;
   GE HEALTHCARE BIO-SCIENCES
24 CORP.; McKESSON CORPORATION;
   MERRY X-RAY CHEMICAL CORP.; and
25 DOES 1 through 35,

26              Defendants.

27

28

## DECLARATION OF LARRY LAWSON

I, Larry Lawson, declare and say that:

1. I am employed as President of Merry X-Ray Chemical Corporation ("Merry X-Ray"), a defendant named in this action. I am over the age of 18 and competent to make this declaration. All of the facts stated in this declaration are of my own personal knowledge, and if called as a witness I would and could testify competently to these facts.

2. Merry X-Ray is engaged in the business of distributing and selling various medical products. With regard specifically to the product known as Omniscan and Magnevist, Merry X-Ray's role in the chain of distribution is, and has always been, to sell this product line to various imaging facilities in the same packaging in which it was received from the manufacturer. Merry X-Ray does not, and did not, design, manufacture, market or administer any gadolinium-based contrast agents, including but not limited to Omniscan and Magnevist. Merry X-Ray does not, and did not, design, assemble or otherwise provide any of the packaging, labels or warnings for any gadolinium-based contrast agents, including but not limited to Magnevist and Omniscan. Merry X-Ray does not, and did not, design, test, manufacture, label, or market any gadolinium-based contrast agents, including but not limited to Omniscan and Magnevist.

3. With respect specifically to the products known as MRI and MRA machines used in conjunction with gadolinium-based contrast agents, Merry X-Ray has, and had no function or role in the chain of distribution of these machines, including but not limited to

///
///
///
///
///
///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\3930473.1

DECLARATION OF LARRY LAWSON

2

CASE NO. CV-07-5918 JSW

no role in the designing, testing, manufacturing, labeling or marketing of these products.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: December 14, 2007

_____
Larry Lawson, Declarant

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393047\1

3

DECLARATION OF LARRY LAWSON                                    CASE NO. CV-07-5918 JSW