1  Deborah C. Prosser (State Bar No. 109856)
   KUTAK ROCK LLP
2  515 South Figueroa Street, Suite 1240
   Los Angeles, CA  90071-3329
3  Telephone: (213) 312-4000
   Facsimile:  (213) 312-4001
4  Email: Deborah.Prosser@KutakRock.com

5  Attorneys for Defendants
   GENERAL ELECTRIC COMPANY, GE
6  HEALTHCARE, INC. and GE HEALTHCARE BIO-
   SCIENCES CORP.
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | |
|---|---|
| PETER JAY GERBER AND MIRIAM GOLDBERG,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35,<br><br>Defendants. | Case No.  CV-07-5918 JSW<br><br>**DECLARATION OF VITO PULITO** |

VITO PULITO, pursuant to 28 U.S.C. § 1746, declares as follows:

   1.   I am employed as Vice-President and Treasurer of GE Healthcare Inc. ("GEHC"), a defendant named in this action.  I am over the age of 18 and competent to make this declaration.  All of the facts stated in this declaration are of my own personal knowledge.  As to those matters to which I do not have such knowledge, I have made

---

DECLARATION OF VITO PULITO                                    CASE NO. CV-07-5918 JSW

diligent inquiry to determine the accuracy of the statements set forth herein. I could and would testify competently thereto if called as a witness in any proceeding.

2. GEHC is engaged in the business of selling, distributing and marketing, among others, a gadolinium-based contrast agent, Omniscan™. Omniscan™ is used by radiologists and other licensed healthcare providers in the performance of magnetic resonance imaging procedures.

3. GEHC has an established chain of distribution for Omniscan™ whereby licensed distribution companies such as McKesson Corporation ("McKesson") act as an intermediary between GEHC and the ultimate purchasers. The role of McKesson in the chain of distribution is, and has always been, to sell this product line to various imaging facilities in the same packaging in which it was received from GEHC. McKesson does not, and did not, design, manufacture, or administer Omniscan™. McKesson does not, and did not, design, assemble or otherwise provide any of the packaging, labels or warnings for Omniscan™. McKesson does not, and did not, design, test, manufacture, or label Omniscan™.

I declare under penalty of perjury under both the laws of the United States and the State of California that the foregoing is true and correct.

Executed on December 21, 2007
Princeton, New Jersey

_____
VITO PULITO