Deborah C. Prosser (SBN 109856)
Email: Deborah.Prosser@KutakRock.com
Stephanie A. Hingle (SBN 199396)
Email: Stephanie.Hingle@KutakRock.com
KUTAK ROCK LLP
515 South Figueroa Street, Suite 1240
Los Angeles, CA 90071-3329
Telephone: (213) 312-4000
Facsimile: (213) 312-4001

Attorneys for Defendants
GENERAL ELECTRIC COMPANY, GE
HEALTHCARE INC. and GE HEALTHCARE
BIO-SCIENCES CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER JAY GERBER and MIRIAM GOLDBERG,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35<br><br>Defendants. | CASE NO. CV-07-5918-JSW<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR REMAND**<br><br>[Submitted Pursuant to Civil Standing Orders No. 9]<br><br>**[Jury Trial Demanded]**<br><br>(San Francisco County Superior Court Case No. CGC07468577) |

Plaintiffs Peter Jay Gerber and Miriam Goldberg's ("Plaintiffs") Motion for Remand ("Remand Motion") came on for hearing on January 11, 2008 before the Hon. Jeffrey S. White of the above-entitled court. After considering the papers and hearing argument of counsel, the Court **HEREBY DENIES** Plaintiffs' Remand Motion and finds as follows:

4811-8308-2754.1

    (1)    This Court has jurisdiction pursuant to 28 U.S.C. 1441(b).

    (2)    The non-diverse Distributor Defendants McKesson Corporation and Merry X-Ray Chemical Corp., and the non-diverse Facility Defendants BMC Diagnostics, Inc. and California Pacific Medical Center were fraudulently joined. There is no reasonable basis for any of Plaintiffs' claims against these defendants. (See *Maffei v. Allstate Ins. Co.*, 412 F. Supp. 2d 1049, 1053 (E.D. Cal. 2006).)

Alternatively, the Court **HEREBY DECLINES TO RULE** on Plaintiffs' Remand Motion until decisions have been rendered on (1) the pending Motion to Transfer Gadolinium-based contrast agent litigation to a Multi-District Litigation ("MDL") court, which is currently set for hearing on the MDL Panel's January 30, 2008 docket; and (2) a motion to transfer this action to the designated MDL court. Further, in the event this action is transferred to an established MDL, this Court **DEFERS RULING** on the Remand Motion to the designated MDL court. (See *Johnson v. Merck & Company*, 2007 WL 754882 (N.D.Cal).)

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT

4811-8308-2754.1
- 2 -
[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR REMANDCASE
NO. CV-07-5918-JSW
KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES