```
Deborah C. Prosser (SBN 109856)
Email: Deborah.Prosser@KutakRock.com
Stephanie A. Hingle (SBN 199396)
Email: Stephanie.Hingle@KutakRock.com
KUTAK ROCK LLP
515 South Figueroa Street, Suite 1240
Los Angeles, CA 90071-3329
Telephone:  (213) 312-4000
Facsimile:  (213) 312-4001

Attorneys for Defendants
GENERAL ELECTRIC COMPANY, GE
HEALTHCARE INC. and GE HEALTHCARE
BIO-SCIENCES CORP.
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER JAY GERBER and MIRIAM GOLDBERG,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35<br><br>Defendants. | CASE NO. CV-07-5918-JSW<br><br>**PROOF OF SERVICE**<br><br>**[Jury Trial Demanded]**<br><br>(San Francisco County Superior Court Case No. CGC07468577) |

## PROOF OF SERVICE

I am employed in the City of Los Angeles in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 S. Figueroa Street, Suite 1240, Los Angeles, California 90071.

///

4825-0848-2818.1

[PROPOSED] ORDER DENYING PLAINTIFFS'
MOTION FOR REMANDCASE                                                        NO. CV-07-5918-JSW

1  On December 21, 2007, I served the following documents:

2  1. Removing Defendants' Opposition to Motion for Remand;

3  2. Request for Judicial Notice Pursuant to Federal Rules of Evidence, Rule
4  201;

5  3. Declaration of Deborah C. Prosser in Support of Removing Defendants'
6  Opposition to Motion for Remand;

7  4. Declaration of Alan Pont, M.D.;

8  5. Declaration of Larry Lawson;

9  6. Declaration of Vito Pulito;

10  7. Declaration of Carol Sleeth; and

11  8. [Proposed] Order Denying Plaintiffs' Motion for Remand

12  on all interested parties in this action by placing a true copy or the original thereof
13  enclosed in a sealed envelope or package addressed as stated on the attached mailing list.

14  [ ] **(BY FACSIMILE)** The facsimile machine I used complied with Rule 2.301(3) and
15  no error was reported by the machine. Pursuant to Rule 2.306(g)(4), I caused the machine to print a record of the transmission.
16

17  [ ] **(BY MAIL, 1013a, 2015.5 C.C.P.)** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
18  I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited
19  with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion
20  of the party served, service is presumed invalid if postal cancellation date or
21  postage meter date is more than one day after date of deposit for mailing in affidavit.
22

23  [XX] **(BY NOTICE OF ELECTRONIC FILING)** Counsel who have consented to electronic service have been automatically served by the Notice of Electronic
24  Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).
25

26  [ ] **(BY OVERNIGHT DELIVERY/COURIER)** I delivered such envelope or package to a courier or driver authorized by the express service carrier; or
27  deposited such envelope or package to a regularly maintained drop box or facility to receive documents by the express service carrier with delivery fees provided for.
28

4825-0848-2818.1

[PROPOSED] ORDER DENYING PLAINTIFFS'
MOTION FOR REMANDCASE                                    NO. CV-07-5918-JSW

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

…

1  [ ]  **(BY MESSENGER)**  I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a messenger for personal service.  (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*)

4  [ ]  **(BY PERSONAL SERVICE)**  I delivered the foregoing envelope by hand to the offices of the addressee.

6  [ ]  **(STATE)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

8  [XX]  **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on December 21, 2007, at Los Angeles, California

_____
Virginia L. Gomez

4825-0848-2818.1

- 3 -

[PROPOSED] ORDER DENYING PLAINTIFFS'
MOTION FOR REMANDCASE                                                         NO. CV-07-5918-JSW

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

**SERVICE LIST**

| | |
|---|---|
| Lawrence J. Gornick, Esq.<br>Debra DeCarli, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Tel: 415-646-7160<br>Fax: 415-981-1270<br>Email: lgornick@lskg-law.com<br>          ddecarli@lskg-law.com<br>***Attorneys for Plaintiffs*** | Bruce W. Blakely, Esq.<br>Flaxman & Blakely, An Association<br>591 Redwood Highway, Suite 2275<br>Mill Valley, CA 94941<br>Tel: 415-381-6650<br>Fax: 415-381-4301<br>Email: bruce@brucewblakely.com<br>***Attorneys for Plaintiffs*** |
| Kenneth P. Conour, Esq.<br>Drinker Biddle & Reath LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>Tel: 415-591-7500<br>Fax: 415-591-7510<br>Email: Kenneth.Conour@dbr.com<br>***Attorneys for Bayer Healthcare Pharmaceuticals Inc.*** | Carol Sleeth, Esq. **(Via U.S. Mail)**<br>Lewis Brisbois Bisgaard & Smith<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>Tel: 415 362-2580<br>Fax: 415 434-0882<br>***Attorneys for California Pacific Medical Center*** |
| H. Nathan James, Esq.<br>Seifer, Murken, Despina, James & Teichman<br>2135 Lombard Street<br>San Francisco, CA 94123<br>Tel: 415-749-5900<br>Fax: 415-749-0344<br>***Attorneys for Merry X-Ray Chemical Center*** | Daniel J. Meagher, Esq.<br>Carol Sleeth, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>Tel: 415-362-2580<br>Fax: 415-434-0882<br>***Attorneys for California Pacific Medical Center*** |
| Robert K. Lawrence, Esq.<br>Bjork Lawrence<br>1850 Mt. Diablo Blvd., Suite 120<br>Walnut Creek, CA 94596<br>Tel: 925-279-1150<br>Fax: 925-279-1160<br>***Attorneys for BMC Diagnostics, Inc.*** | |

4825-0848-2818.1    - 4 -
[PROPOSED] ORDER DENYING PLAINTIFFS'
MOTION FOR REMANDCASE                                              NO. CV-07-5918-JSW

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES