1  Deborah C. Prosser (SBN 109856)
   Email: Deborah.Prosser@KutakRock.com
2  Stephanie A. Hingle (SBN 199396)
   Email: Stephanie.Hingle@KutakRock.com
3  KUTAK ROCK LLP
   515 South Figueroa Street, Suite 1240
4  Los Angeles, CA 90071-3329
   Telephone:  (213) 312-4000
5  Facsimile:   (213) 312-4001

6  Attorneys for Defendants
   GENERAL ELECTRIC COMPANY, GE
7  HEALTHCARE INC. and GE HEALTHCARE
   BIO-SCIENCES CORP.
8

9
                    UNITED STATES DISTRICT COURT
10
       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
11

| 12 | PETER JAY GERBER and MIRIAM GOLDBERG, | CASE NO. CV-07-5918-JSW |
|---|---|---|
| 13 | | |
| 14 | Plaintiffs, | **STIPULATED ORDER OF DISMISSAL OF DEFENDANT GE HEALTHCARE BIO-SCIENCES CORP.** |
| 15 | v. | |
| 16 | BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35 | **[Jury Trial Demanded]** |
| 17 | | (San Francisco County Superior Court Case No. CGC07468577) |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Defendants. | |

24  WHEREAS Plaintiffs Peter Jay Gerber and Miriam Goldberg's ("Plaintiffs") and

25  Defendant GE Healthcare Bio-Sciences Corp. ("the Parties) entered into a Tolling

26  Agreement on December 28, 2007. A copy of the Tolling Agreement is attached hereto as

27  Exhibit "A."

28  ///

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

4813-7661-5426.1

STIPULATED ORDER OF DISMISSAL                              CASE NO. CV-07-5918-JSW

1  WHEREAS the Tolling Agreement provides, in pertinent part, that Plaintiffs
2  dismiss any and all claims against GE Healthcare Bio-Sciences Corp. without prejudice.
3  Accordingly, it is HEREBY STIPULATED by and between the Parties that
4  Plaintiffs' Complaint in the above-entitled action be dismisssed in its entirety without
5  prejudice as to GE Healthcare Bio-Sciences Corp. only.

6
7  Dated: December 31, 2007          KUTAK ROCK LLP
8
9                                    By: [signature]
                                      Deborah C. Prosser
10                                    Stephanie A. Hingle
                                      Attorneys for Defendant
11                                    GE HEALTHCARE BIO-SCIENCES, CORP.

12  Dated: December 31, 2007          LEVIN SIMES KAISER & GORNICK
13
14                                    By: [signature]
15                                    Larry J. Gornick
                                      Debra DeCarli
16                                    Attorneys for Plaintiffs
                                      PETER JAY GERBER and MIRIAM
17                                    GOLDBERG

18
19
20  **IT IS SO ORDERED.**
21
22                                    _____
                                      UNITED STATES DISTRICT COURT
23
24
25
26
27
28  4813-7661-5426.1                  - 2 -

# PROOF OF SERVICE
*Peter Jay Gerber, et al. vs. Bayer Corporation, et al.*
*U.S. District Court, Northern District of California,*
*San Francisco Division, Case No. CV-07-5918*
*(San Francisco Superior Court Case No.: CGC-07-468577)*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the City of Los Angeles in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 S. Figueroa Street, Suite 1240, Los Angeles, California 90071.

    On January 2, 2008, I served the following documents described as

**STIPULATED ORDER OF DISMISSAL OF DEFENDANT GE HEALTHCARE BIO-SCIENCES CORP.**

on all interested parties in this action by placing a true copy or the original thereof enclosed in a sealed envelope or package addressed as stated on the attached mailing list.

[ ]    **(BY FACSIMILE)** The facsimile machine I used complied with Rule 2.301(3) and no error was reported by the machine. Pursuant to Rule 2.306(g)(4), I caused the machine to print a record of the transmission.

[ ]    **(BY MAIL, 1013a, 2015.5 C.C.P.)** I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **(BY NOTICE OF ELECTRONIC FILING)** Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

[ ]    **(BY OVERNIGHT DELIVERY/COURIER)** I delivered such envelope or package to a courier or driver authorized by the express service carrier; or deposited such envelope or package to a regularly maintained drop box or facility to receive documents by the express service carrier with delivery fees provided for.

[ ]    **(BY MESSENGER)** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a messenger for personal service. (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*)

1  [ ]   **(BY PERSONAL SERVICE)** I delivered the foregoing envelope by hand to the offices of the addressee.

2

3  [ ]   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

4

5  [ ]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

6  Executed on January 2, 2008, at Los Angeles, California.

_____
Virginia L. Gomez

4825-1392-7426.1                                -2-

PROOF OF SERVICE                                                CASE NO. CV-07-5918

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

## SERVICE LIST

| | |
|---|---|
| Lawrence J. Gornick, Esq.<br>Debra DeCarli, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Tel: 415-646-7160<br>Fax: 415-981-1270<br>Email: lgornick@lskg-law.com<br>       ddecarli@lskg-law.com<br>***Attorneys for Plaintiffs*** | Bruce W. Blakely, Esq.<br>Flaxman & Blakely, An Association<br>591 Redwood Highway, Suite 2275<br>Mill Valley, CA 94941<br>Tel: 415-381-6650<br>Fax: 415-381-4301<br>Email: bruce@brucewblakely.com<br>***Attorneys for Plaintiffs*** |
| Kenneth P. Conour, Esq.<br>Drinker Biddle & Reath LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>Tel: 415-591-7500<br>Fax: 415-591-7510<br>Email: Kenneth.Conour@dbr.com<br>***Attorneys for Bayer Healthcare Pharmaceuticals Inc.*** | Carol Sleeth, Esq. **(Via U.S. Mail)**<br>Lewis Brisbois Bisgaard & Smith<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>Tel: 415 362-2580<br>Fax: 415 434-0882<br>***Attorneys for California Pacific Medical Center*** |
| H. Nathan James, Esq.<br>Seifer, Murken, Despina, James & Teichman<br>2135 Lombard Street<br>San Francisco, CA 94123<br>Tel: 415-749-5900<br>Fax: 415-749-0344<br>***Attorneys for Merry X-Ray Chemical Center*** | Daniel J. Meagher, Esq.<br>Carol Sleeth, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>Tel: 415-362-2580<br>Fax: 415-434-0882<br>***Attorneys for California Pacific Medical Center*** |
| Robert K. Lawrence, Esq.<br>Bjork Lawrence<br>1850 Mt. Diablo Blvd., Suite 120<br>Walnut Creek, CA 94596<br>Tel: 925-279-1150<br>Fax: 925-279-1160<br>***Attorneys for BMC Diagnostics, Inc.*** | |

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

4825-1392-7426.1                       -3-

PROOF OF SERVICE                                                    CASE NO. CV-07-5918