Deborah C. Prosser (SBN 109856)
Email: Deborah.Prosser@KutakRock.com
Stephanie A. Hingle (SBN 199396)
Email: Stephanie.Hingle@KutakRock.com
KUTAK ROCK LLP
515 South Figueroa Street, Suite 1240
Los Angeles, CA 90071-3329
Telephone: (213) 312-4000
Facsimile: (213) 312-4001

Attorneys for Defendants
GENERAL ELECTRIC COMPANY, GE
HEALTHCARE INC. and GE HEALTHCARE
BIO-SCIENCES CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER JAY GERBER and MIRIAM GOLDBERG,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35<br><br>Defendants. | CASE NO. CV-07-5918-JSW<br><br>**STIPULATED ORDER OF DISMISSAL OF DEFENDANT GE HEALTHCARE BIO-SCIENCES CORP.**<br><br>**[Jury Trial Demanded]**<br><br>(San Francisco County Superior Court Case No. CGC07468577) |

WHEREAS Plaintiffs Peter Jay Gerber and Miriam Goldberg's ("Plaintiffs") and Defendant GE Healthcare Bio-Sciences Corp. ("the Parties) entered into a Tolling Agreement on December 28, 2007. A copy of the Tolling Agreement is attached hereto as Exhibit "A."

///

1. WHEREAS the Tolling Agreement provides, in pertinent part, that Plaintiffs dismiss any and all claims against GE Healthcare Bio-Sciences Corp. without prejudice.

Accordingly, it is HEREBY STIPULATED by and between the Parties that Plaintiffs' Complaint in the above-entitled action be dismisssed in its entirety without prejudice as to GE Healthcare Bio-Sciences Corp. only.

Dated: December 31, 2007        KUTAK ROCK LLP

By: _____
Deborah C. Prosser
Stephanie A. Hingle
Attorneys for Defendant
GE HEALTHCARE BIO-SCIENCES, CORP.

Dated: December 31, 2007        LEVIN SIMES KAISER & GORNICK

By: _____
Larry J. Gornick
Debra DeCarli
Attorneys for Plaintiffs
PETER JAY GERBER and MIRIAM GOLDBERG

**IT IS SO ORDERED.**

Dated: January 3, 2008

_____
UNITED STATES DISTRICT COURT

4813-7661-5426.1                 - 2 -

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATED ORDER OF DISMISSAL                CASE NO. CV-07-5918-JSW