1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   DANIEL J. MEAGHER, SBN 66821
2  CAROL SLEETH, SBN 111460
   One Sansome St., Suite 1400
3  San Francisco, CA   94104
   Tel:    415.362.2580
4  Fax:    415.434.0882

5  Attorneys for Defendant
   CALIFORNIA PACIFIC MEDICAL CENTER

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11

12  PETER JAY GERBER and MIRIAM          | CASE NO. 3:07-CV-05918 JSW
    GOLDBERG,
13                                        | **DEMAND FOR JURY TRIAL BY**
           Plaintiffs,                    | **DEFENDANT CALIFORNIA PACIFIC**
14                                        | **MEDICAL CENTER**
           v,
15                                        | **ACTION FILED:**   October 26, 2007
    BAYER CORPORATION AND BAYER          | **TRIAL DATE:**     None Set
16  HEALTHCARE PHARMACEUTICALS, INC.;
    BMC DIAGNOSTICS, INC.; CALIFORNIA
17  PACIFIC MEDICAL CENTER; GENERAL
    ELECTRIC COMPANY; GE HEALTHCARE,
18  INC.; GE HEALTHCARE BIO-SCIENCES
    CORP.;McKESSON CORPORATION;
19  MERRY X-RAY CHEMICAL CORP., and
    Does 1 through 35,

20         Defendants

21

22         Defendant California Pacific Medical Center hereby demands a jury trial in the above-

23  referenced action.

24  Dated:  January 4, 2008                   LEWIS BRISBOIS BISGAARD & SMITH LLP

25

26                                           By: _Carol Sleeth_____
                                                 Daniel J. Meagher
27                                               Carol Sleeth
                                                 Attorneys for Defendant
28                                               CALIFORNIA PACIFIC MEDICAL CENTER

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA  94104
TEL: 415.362.2580