**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANIEL J. MEAGHER, SBN 66821
CAROL SLEETH, SBN 111460
One Sansome St., Suite 1400
San Francisco, CA  94104
Tel:    415.362.2580
Fax:   415.434.0882

Attorneys for Defendant
CALIFORNIA PACIFIC MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JAY GERBER and MIRIAM GOLDBERG, | CASE NO. 3:07-CV-05918 JSW |
|        Plaintiffs, | **FIRST AMENDED ANSWER OF CALIFORNIA PACIFIC MEDICAL CENTER TO COMPLAINT TO PLAINTIFFS' COMPLAINT** |
|        v, | **JURY TRIAL DEMANDED** |
| BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.;McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP., and Does 1 through 35, | |
|        Defendants | |

COMES NOW Defendant CALIFORNIA PACIFIC MEDICAL CENTER ("CPMC") and, in this First Amended Answer to Plaintiffs' Complaint, answers and responds as follow:

1.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 and therefore denies them.

2.    Paragraph 2 is directed to another defendant and requires no response from this answering Defendant.  Alternatively, this answering Defendant is without knowledge or

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA  94104
TEL: 415.362.2580

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA 94104
TEL: 415.362.2580

1   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 and

2   therefore denies them.

3       3.      Paragraph 3 is directed to another defendant and requires no response from this

4   answering Defendant. Alternatively, this answering Defendant is without knowledge or

5   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 and

6   therefore denies them.

7       4.      Paragraph 4 is directed to another defendant and requires no response from this

8   answering Defendant. Alternatively, this answering Defendant is without knowledge or

9   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 and

10   therefore denies them.

11       5.      Paragraph 5 is directed to another defendant and requires no response from this

12   answering Defendant. Alternatively, this answering Defendant is without knowledge or

13   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 and

14   therefore denies them.

15       6.      Paragraph 6 is directed to another defendant and requires no response from this

16   answering Defendant. Alternatively, this answering Defendant is without knowledge or

17   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 and

18   therefore denies them.

19       7.      Paragraph 7 is directed to another defendant and requires no response from this

20   answering Defendant. Alternatively, this answering Defendant is without knowledge or

21   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 and

22   therefore denies them.

23       8.      Paragraph 8 is directed to another defendant and requires no response from this

24   answering Defendant. Alternatively, this answering Defendant is without knowledge or

25   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 and

26   therefore denies them.

27       9.      Paragraph 9 is directed to another defendant and requires no response from this

28   answering Defendant. Alternatively, this answering Defendant is without knowledge or

FIRST AMENDED ANSWER OF CALIFORNIA PACIFIC MEDICAL CENTER TO PLAINTIFFS' COMPLAINT

1   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 and

2   therefore denies them.

3       10.    Paragraph 10 is directed to another defendant and requires no response from this

4   answering Defendant.  Alternatively, this answering Defendant is without knowledge or

5   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10

6   and therefore denies them.

7       11.    Paragraph 11 is directed to another defendant and requires no response from this

8   answering Defendant.  Alternatively, this answering Defendant is without knowledge or

9   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11

10  and therefore denies them.

11      12.    Paragraph 12 is directed to another defendant and requires no response from this

12  answering Defendant.  Alternatively, this answering Defendant is without knowledge or

13  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12

14  and therefore denies them.

15      13.    Paragraph 13 is directed to another defendant and requires no response from this

16  answering Defendant.  Alternatively, this answering Defendant is without knowledge or

17  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13

18  and therefore denies them.

19      14.    Paragraph 14 is directed to another defendant and requires no response from this

20  answering Defendant.  Alternatively, this answering Defendant is without knowledge or

21  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14

22  and therefore denies them.

23      15.    Paragraph 15 is directed to another defendant and requires no response from this

24  answering Defendant.  Alternatively, this answering Defendant is without knowledge or

25  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15

26  and therefore denies them.

27      16.    This answering Defendant is without knowledge or information sufficient to form a

28  belief as to the truth of the allegations contained in Paragraph 16 and therefore denies them.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA  94104
TEL: 415.362.2580

17.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and therefore denies them.

18.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 and therefore denies them.

19.    Paragraph 19 does not require a response from this answering Defendant. Alternatively, to the extent that a response is required, this answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and therefore denies them.

20.    Paragraph 20 is directed to another defendant and requires no response from this answering Defendant. Alternatively, this answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and therefore denies them.

21.    Paragraph 21 is directed to another defendant and requires no response from this answering Defendant. Alternatively, this answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and therefore denies them.

22.    Paragraph 22 is directed to another defendant and requires no response from this answering Defendant. Alternatively, this answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and therefore denies them.

23.    Paragraph 23 is directed to another defendant and requires no response from this answering Defendant. Alternatively, this answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and therefore denies them.

24.    Paragraph 24 is directed to another defendant and requires no response from this answering Defendant. Alternatively, this answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and therefore denies them.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA  94104
TEL: 415.362.2580

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA 94104
TEL: 415.362.2580

25.    Paragraph 25 is directed to another defendant and requires no response from this answering Defendant. Alternatively, this answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and therefore denies them.

26.    Paragraph 26 is directed to another defendant and requires no response from this answering Defendant. Alternatively, this answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and therefore denies them.

27.    Paragraph 27 is directed to another defendant and requires no response from this answering Defendant. Alternatively, this answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and therefore denies them.

28.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and therefore denies them.

29.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 and therefore denies them.

30.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and therefore denies them.

31.    Paragraph 31 does not require a response from this answering Defendant. Alternatively, to the extent that a response is required, this answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and therefore denies them.

32.    Paragraph 32 is directed to another defendant and requires no response from this answering Defendant. Alternatively, this answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 and therefore denies them.

33.    Paragraph 33 is directed to another defendant and requires no response from this answering Defendant. Alternatively, this answering Defendant is without knowledge or

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA 94104
TEL: 415.362.2580

1  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33

2  and therefore denies them.

3     34.    Paragraph 34 is directed to another defendant and requires no response from this

4  answering Defendant.  Alternatively, this answering Defendant is without knowledge or

5  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34

6  and therefore denies them.

7     35.    This answering Defendant admits the allegations of Paragraph 35.

8     36.    This answering Defendant admits the allegations of Paragraph 36.

9     37.    This answering Defendant admits the allegations of Paragraph 37.

10    38.    This answering Defendant is without knowledge or information sufficient to form a

11 belief as to the truth of the allegations contained in Paragraph 38 and therefore denies them.

12    39.    This answering Defendant is without knowledge or information sufficient to form a

13 belief as to the truth of the allegations contained in Paragraph 39 and therefore denies them.

14    40.    This answering Defendant is without knowledge or information sufficient to form a

15 belief as to the truth of the allegations contained in Paragraph 40 and therefore denies them.

16    41.    Paragraph 41 does not require a response from this answering Defendant.

17 Alternatively, to the extent that a response is required, this answering Defendant is without

18 knowledge or information sufficient to form a belief as to the truth of the allegations contained in

19 Paragraph 41 and therefore denies them.

20    42.    Paragraph 42 does not require a response from this answering Defendant.

21 Alternatively, to the extent that a response is required, this answering Defendant is without

22 knowledge or information sufficient to form a belief as to the truth of the allegations contained in

23 Paragraph 42 and therefore denies them.

24    43.    This answering Defendant is without knowledge or information sufficient to form a

25 belief as to the truth of the allegations contained in Paragraph 43 and therefore denies them.

26    44.    This answering Defendant is without knowledge or information sufficient to form a

27 belief as to the truth of the allegations contained in Paragraph 44 and therefore denies them.

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA 94104
TEL: 415.362.2580

45.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and therefore denies them.

46.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and therefore denies them.

47.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 and therefore denies them.

48.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and therefore denies them.

49.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 and therefore denies them.

50.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and therefore denies them.

51.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and therefore denies them.

52.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and therefore denies them.

53.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and therefore denies them.

54.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and therefore denies them.

55.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 and therefore denies them.

56.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and therefore denies them.

57.    To the extent that Paragraph 57 addresses another defendant, this answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and therefore denies them.   To the extent that this Paragraph addresses this answering Defendant, it denies the allegations contained in Paragraph 57.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA 94104
TEL: 415.362.2580

1   58.    To the extent that Paragraph 58 addresses another defendant, this answering

2   Defendant is without knowledge or information sufficient to form a belief as to the truth of the

3   allegations contained in Paragraph 58 and therefore denies them.   To the extent that this Paragraph

4   addresses this answering Defendant, it denies the allegations contained in Paragraph 58.

5   59.    To the extent that Paragraph 59 addresses another defendant, this answering

6   Defendant is without knowledge or information sufficient to form a belief as to the truth of the

7   allegations contained in Paragraph 59 and therefore denies them.   To the extent that this Paragraph

8   addresses this answering Defendant, it denies the allegations contained in Paragraph 59.

9   60.    This answering Defendant is without knowledge or information sufficient to form a

10   belief as to the truth of the allegations contained in Paragraph 60 and therefore denies them.

11   61.    To the extent that Paragraph 61 addresses another defendant, this answering

12   Defendant is without knowledge or information sufficient to form a belief as to the truth of the

13   allegations contained in Paragraph 61 and therefore denies them.   To the extent that this Paragraph

14   addresses this answering Defendant, it denies the allegations contained in Paragraph 61.

15   62.    This answering Defendant is without knowledge or information sufficient to form a

16   belief as to the truth of the allegations contained in Paragraph 62 and therefore denies them.

17   63.    This answering Defendant denies the allegations of Paragraph 63.

18   64.    This answering Defendant denies the allegations of Paragraph 64.

19   65.    This answering Defendant denies the allegations of Paragraph 65.

20   66.    This answering Defendant denies the allegations of Paragraph 66.

21   67.    This answering Defendant denies the allegations of Paragraph 67.

22   68.    This answering Defendant denies the allegations of Paragraph 68.

23   69.    This answering Defendant hereby incorporates its responses to the allegations

24   contained in Paragraphs 1 through 68 as if set forth in full herein.

25   70.    Paragraph 70 is directed to another defendant and requires no response from this

26   answering Defendant.   Alternatively, to the extent that a response is required, this answering

27   Defendant is without knowledge or information sufficient to form a belief as to the truth of the

28   allegations contained in Paragraph 70 and therefore denies them.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA 94104
TEL: 415.362.2580

1    71.    Paragraph 71 is directed to another defendant and requires no response from this

2  answering Defendant.  Alternatively, to the extent that a response is required, this answering

3  Defendant is without knowledge or information sufficient to form a belief as to the truth of the

4  allegations contained in Paragraph 71 and therefore denies them.

5    72.    This answering Defendant hereby incorporates its responses to the allegations

6  contained in Paragraphs 1 through 71 as if set forth in full herein.

7    73.    Paragraph 73 is directed to another defendant and requires no response from this

8  answering Defendant.  Alternatively, to the extent that a response is required, this answering

9  Defendant is without knowledge or information sufficient to form a belief as to the truth of the

10  allegations contained in Paragraph 73 and therefore denies them.

11    74.    Paragraph 74 is directed to another defendant and requires no response from this

12  answering Defendant.  Alternatively, to the extent that a response is required, this answering

13  Defendant is without knowledge or information sufficient to form a belief as to the truth of the

14  allegations contained in Paragraph 74 and therefore denies them.

15    75.    Paragraph 75 is directed to another defendant and requires no response from this

16  answering Defendant.  Alternatively, to the extent that a response is required, this answering

17  Defendant is without knowledge or information sufficient to form a belief as to the truth of the

18  allegations contained in Paragraph 75 and therefore denies them.

19    76.    Paragraph 76 is directed to another defendant and requires no response from this

20  answering Defendant.  Alternatively, to the extent that a response is required, this answering

21  Defendant is without knowledge or information sufficient to form a belief as to the truth of the

22  allegations contained in Paragraph 76 and therefore denies them.

23    77.    Paragraph 77 is directed to another defendant and requires no response from this

24  answering Defendant.  Alternatively, to the extent that a response is required, this answering

25  Defendant is without knowledge or information sufficient to form a belief as to the truth of the

26  allegations contained in Paragraph 77 and therefore denies them.

27    78.    Paragraph 78 is directed to another defendant and requires no response from this

28  answering Defendant.  Alternatively, to the extent that a response is required, this answering

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA 94104
TEL: 415.362.2580

1    Defendant is without knowledge or information sufficient to form a belief as to the truth of the

2    allegations contained in Paragraph 78 and therefore denies them.

3        79.    Paragraph 79 is directed to another defendant and requires no response from this

4    answering Defendant.  Alternatively, to the extent that a response is required, this answering

5    Defendant is without knowledge or information sufficient to form a belief as to the truth of the

6    allegations contained in Paragraph 79 and therefore denies them.

7        80.    This answering Defendant hereby incorporates its responses to the allegations

8    contained in Paragraphs 1 through 79 as if set forth in full herein.

9        81.    To the extent that Paragraph 81 addresses another defendant, this answering

10   Defendant is without knowledge or information sufficient to form a belief as to the truth of the

11   allegations contained in Paragraph 81 and therefore denies them.  To the extent that the first

12   sentence of Paragraph 81 addresses this answering Defendant, it admits that Peter Jay Gerber

13   received professional medical care at its facility.  Except as admitted, this answering defendant

14   denies the remaining allegations of the first sentence of Paragraph 81.  To the extent that the second

15   sentence in Paragraph 81 addresses this answering Defendant, it denies the allegations contained

16   therein.

17       82.    To the extent that Paragraph 82 addresses another defendant, this answering

18   Defendant is without knowledge or information sufficient to form a belief as to the truth of the

19   allegations contained in Paragraph 82 and therefore denies them.   To the extent that Paragraph 82

20   addresses this answering Defendant, it denies the allegations contained therein.

21       83.    To the extent that Paragraph 83 addresses another defendant, this answering

22   Defendant is without knowledge or information sufficient to form a belief as to the truth of the

23   allegations contained in Paragraph 83 and therefore denies them.   To the extent that Paragraph 83

24   addresses this answering Defendant, it denies the allegations contained therein.

25       84.    To the extent that Paragraph 84 addresses another defendant, this answering

26   Defendant is without knowledge or information sufficient to form a belief as to the truth of the

27   allegations contained in Paragraph 84 and therefore denies them.   To the extent that Paragraph 84

28   addresses this answering Defendant, it denies the allegations contained therein.

1    85.    To the extent that Paragraph 85 addresses another defendant, this answering

2  Defendant is without knowledge or information sufficient to form a belief as to the truth of the

3  allegations contained in Paragraph 85 and therefore denies them.    To the extent that Paragraph 85

4  addresses this answering Defendant, it denies the allegations contained therein.

5    86.    To the extent that Paragraph 86 addresses another defendant, this answering

6  Defendant is without knowledge or information sufficient to form a belief as to the truth of the

7  allegations contained in Paragraph 86 and therefore denies them.    To the extent that Paragraph 86

8  addresses this answering Defendant, it denies the allegations contained therein.

9    87.    To the extent that Paragraph 87 addresses another defendant, this answering

10  Defendant is without knowledge or information sufficient to form a belief as to the truth of the

11  allegations contained in Paragraph 87 and therefore denies them.    To the extent that Paragraph 87

12  addresses this answering Defendant, it denies the allegations contained therein.

13    88.    To the extent that Paragraph 88 addresses another defendant, this answering

14  Defendant is without knowledge or information sufficient to form a belief as to the truth of the

15  allegations contained in Paragraph 88 and therefore denies them.    To the extent that Paragraph 88

16  addresses this answering Defendant, it denies the allegations contained therein.

17    89.    This answering Defendant hereby incorporates its responses to the allegations

18  contained in Paragraphs 1 through 88 as if set forth in full herein.

19    90.    To the extent that Paragraph 90 addresses another defendant, this answering

20  Defendant is without knowledge or information sufficient to form a belief as to the truth of the

21  allegations contained in Paragraph 90 and therefore denies them.    To the extent that Paragraph 90

22  addresses this answering Defendant, it denies the allegations contained therein.

23    91.    To the extent that Paragraph 91 addresses another defendant, this answering

24  Defendant is without knowledge or information sufficient to form a belief as to the truth of the

25  allegations contained in Paragraph 91 and therefore denies them.    To the extent that Paragraph 91

26  addresses this answering Defendant, it denies the allegations contained therein.

27    92.    To the extent that Paragraph 92 addresses another defendant, this answering

28  Defendant is without knowledge or information sufficient to form a belief as to the truth of the

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA  94104
TEL: 415.362.2580

FIRST AMENDED ANSWER OF CALIFORNIA PACIFIC MEDICAL CENTER TO PLAINTIFFS' COMPLAINT

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA 94104
TEL: 415.362.2580

1   allegations contained in Paragraph 92 and therefore denies them.   To the extent that Paragraph 92

2   addresses this answering Defendant, it denies the allegations contained in therein.

3        93.    This answering Defendant hereby incorporates its responses to the allegations

4   contained in Paragraphs 1 through 92 as if set forth in full herein.

5        94.    To the extent that Paragraph 94 addresses another defendant, this answering

6   Defendant is without knowledge or information sufficient to form a belief as to the truth of the

7   allegations contained in Paragraph 94 and therefore denies them.   To the extent that Paragraph 94

8   addresses this answering Defendant, it denies the allegations contained therein.

9        95.    To the extent that Paragraph 95 addresses another defendant, this answering

10  Defendant is without knowledge or information sufficient to form a belief as to the truth of the

11  allegations contained in Paragraph 95 and therefore denies them.   To the extent that Paragraph 95

12  addresses this answering Defendant, it denies the allegations contained therein.

13       96.    To the extent that Paragraph 96 addresses another defendant, this answering

14  Defendant is without knowledge or information sufficient to form a belief as to the truth of the

15  allegations contained in Paragraph 96 and therefore denies them.   To the extent that Paragraph 96

16  addresses this answering Defendant, it denies the allegations contained therein.

17       97.    To the extent that Paragraph 97 addresses another defendant, this answering

18  Defendant is without knowledge or information sufficient to form a belief as to the truth of the

19  allegations contained in Paragraph 97 and therefore denies them.   To the extent that Paragraph 97

20  addresses this answering Defendant, it denies the allegations contained therein.

21       98.    This answering Defendant hereby incorporates its responses to the allegations

22  contained in Paragraphs 1 through 97 as if set forth in full herein.

23       99.    Paragraph 99 is directed to another defendant and requires no response from this

24  answering Defendant.  Alternatively, this answering Defendant is without knowledge or

25  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99

26  and therefore denies them.

27       100.   Paragraph 100 is directed to another defendant and requires no response from this

28  answering Defendant.  Alternatively, this answering Defendant is without knowledge or

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA 94104
TEL: 415.382.2580

1  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100

2  and therefore denies them.

3      101.    Paragraph 101 is directed to another defendant and requires no response from this

4  answering Defendant.  Alternatively, this answering Defendant is without knowledge or

5  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101

6  and therefore denies them.

7      102.    Paragraph 102 is directed to another defendant and requires no response from this

8  answering Defendant.  Alternatively, this answering Defendant is without knowledge or

9  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102

10  and therefore denies them.

11      103.    Paragraph 103 is directed to another defendant and requires no response from this

12  answering Defendant.  Alternatively, this answering Defendant is without knowledge or

13  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103

14  and therefore denies them.

15      104.    Paragraph 104 is directed to another defendant and requires no response from this

16  answering Defendant.  Alternatively, this answering Defendant is without knowledge or

17  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104

18  and therefore denies them.

19      105.    Paragraph 105 is directed to another defendant and requires no response from this

20  answering Defendant.  Alternatively, this answering Defendant is without knowledge or

21  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105

22  and therefore denies them.

23      106.    Paragraph 106 is directed to another defendant and requires no response from this

24  answering Defendant.  Alternatively, this answering Defendant is without knowledge or

25  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106

26  and therefore denies them.

27      107.    Paragraph 107 is directed to another defendant and requires no response from this

28  answering Defendant.  Alternatively, this answering Defendant is without knowledge or

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA 94104
TEL: 415.362.2580

1 | information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107

2 | and therefore denies them.

3 |      108.    Paragraph 108 is directed to another defendant and requires no response from this

4 | answering Defendant. Alternatively, this answering Defendant is without knowledge or

5 | information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108

6 | and therefore denies them.

7 |      109.    This answering Defendant hereby incorporates its responses to the allegations

8 | contained in Paragraphs 1 through 108 as if set forth in full herein.

9 |      110.    Paragraph 110 is directed to another defendant and requires no response from this

10 | answering Defendant. Alternatively, this answering Defendant is without knowledge or

11 | information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110

12 | and therefore denies them.

13 |      111.    Paragraph 111 is directed to another defendant and requires no response from this

14 | answering Defendant. Alternatively, this answering Defendant is without knowledge or

15 | information sufficient to form a belief as to the truth of the allegations contained in Paragraph 111

16 | and therefore denies them.

17 |      112.    Paragraph 112 is directed to another defendant and requires no response from this

18 | answering Defendant. Alternatively, this answering Defendant is without knowledge or

19 | information sufficient to form a belief as to the truth of the allegations contained in Paragraph 112

20 | and therefore denies them.

21 |      113.    This answering Defendant hereby incorporates its responses to the allegations

22 | contained in Paragraphs 1 through 112 as if set forth in full herein.

23 |      114.    Paragraph 114 is directed to another defendant and requires no response from this

24 | answering Defendant. Alternatively, this answering Defendant is without knowledge or

25 | information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114

26 | and therefore denies them.

27 |      115.    Paragraph 115 is directed to another defendant and requires no response from this

28 | answering Defendant. Alternatively, this answering Defendant is without knowledge or

1 | information sufficient to form a belief as to the truth of the allegations contained in Paragraph 115

2 | and therefore denies them.

3 |     116.   Paragraph 116 is directed to another defendant and requires no response from this

4 | answering Defendant. Alternatively, this answering Defendant is without knowledge or

5 | information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116

6 | and therefore denies them.

7 |     117.   Paragraph 117 is directed to another defendant and requires no response from this

8 | answering Defendant. Alternatively, this answering Defendant is without knowledge or

9 | information sufficient to form a belief as to the truth of the allegations contained in Paragraph 117

10 | and therefore denies them.

11 |     118.   Paragraph 118 is directed to another defendant and requires no response from this

12 | answering Defendant. Alternatively, this answering Defendant is without knowledge or

13 | information sufficient to form a belief as to the truth of the allegations contained in Paragraph 118

14 | and therefore denies them.

15 |     119.   This answering Defendant hereby incorporates its responses to the allegations

16 | contained in Paragraphs 1 through 118 as if set forth in full herein.

17 |     120.   Paragraph 120 sets forth a legal conclusion to which no response is required.

18 | Alternatively, to the extent that a response is deemed to be required, this answering Defendant

19 | denies the allegations of Paragraph 120.

20 |     121.   To the extent that Paragraph 121 addresses other defendants, this answering

21 | Defendant is without knowledge or information sufficient to form a belief as to the truth of the

22 | allegations contained in Paragraph 121 and therefore denies them. To the extent that Paragraph

23 | 121 addresses this answering Defendant, it denies the allegations contained therein, including its

24 | sub-paragraphs (a) through (d).

25 |     122.   To the extent that Paragraph 122 addresses other defendants, this answering

26 | Defendant is without knowledge or information sufficient to form a belief as to the truth of the

27 | allegations contained in Paragraph 122 and therefore denies them. To the extent that Paragraph

28 | 122 addresses this answering Defendant, it denies the allegations contained therein.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA 94104
TEL: 415.362.2580

4820-0622-0290.1

15

FIRST AMENDED ANSWER OF CALIFORNIA PACIFIC MEDICAL CENTER TO PLAINTIFFS' COMPLAINT

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA 94104
TEL: 415.362.2580

123.    To the extent that Paragraph 123 addresses other defendants, this answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 123 and therefore denies them.   To the extent that Paragraph 123 addresses this answering Defendant, it denies the allegations contained therein.

124.    This answering Defendant hereby incorporates its responses to the allegations contained in Paragraphs 1 through 123 as if set forth in full herein.

125.    This answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 125 and therefore denies them.

126.    This answering Defendant denies the allegations of Paragraph 126.

This answering Defendant denies that Plaintiffs are entitled to relief sought in their Prayer for Relief.  In addition, this answering Defendant specifically denies that Plaintiffs are entitled to punitive damages and attorney's fees to the extent that they are sought from this answering Defendant.

This answering Defendant denies each and every statement, allegation and averment contained in the Complaint that has not been expressly admitted above.

Discovery and investigation may disclose that one or more of the following additional defenses are available to this answering Defendant and, accordingly, this answering Defendant asserts the following defenses.  To the extent that further discovery and investigation warrant, this answering Defendant may withdraw one or more of the following defenses as appropriate.  Further, because discovery and investigation have not been completed in this matter, this answering Defendant expressly reserves the right to amend this Answer to assert further factual or legal defenses to Plaintiffs' Complaint which may be justified in this action.  Accordingly, further answering and by way of additional defense, this answering Defendant states as follows:

## FIRST AFFIRMATIVE DEFENSE

AS AND FOR A FIRST, SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE, this answering defendant alleges that Plaintiffs have failed to state facts sufficient to constitute a cause or causes of action against this answering defendant.

///

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA 94104
TEL: 415.362.2580

1

**SECOND AFFIRMATIVE DEFENSE**

2    AS AND FOR A SECOND, SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE,

3    this answering defendant alleges that Plaintiffs' action is barred by all applicable statute of

4    limitations, including but not limited to Code of Civil Procedure section 340.5.  In accordance with

5    the provisions of California Code of Civil Procedure, this answering defendant requests a separate

6    trial of this affirmative defense of the statutes of limitations before the trial of any other issues.

7    **THIRD AFFIRMATIVE DEFENSE**

8    AS AND FOR A THIRD, SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE, this

9    answering defendant alleges that some or all of plaintiffs' claims are barred or otherwise without

10    basis for failure to comply with Code of Civil Procedure section 364.

11    **FOURTH AFFIRMATIVE DEFENSE**

12    AS AND FOR A FOURTH, SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE,

13    plaintiffs' claims are barred, in whole or in part, by laches, waiver and/or estoppel.

14    **FIFTH AFFIRMATIVE DEFENSE**

15    AS AND FOR A FIFTH, SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE, this

16    answering defendant, generally and specifically, denies that any wrongdoing, negligence, or

17    liability on its part.  However, should it be determined that this answering defendant is liable,

18    which premise is denied and asserted solely for purposes of interposing this defense, then

19    Defendant further alleges that the injuries and losses alleged by Plaintiffs, if there were any, were

20    proximately caused by the negligence, carelessness and/or fault of other persons, firms,

21    corporations, or entities other than this answering defendant, and that the court is respectfully

22    requested to instruct the jury to apportion fault for any injury and loss, if any there were, which

23    were negligently caused by and/or amongst all persons, firms, corporations or other entities, other

24    than this answering defendant, who they find was negligent, careless and/or at fault for the injuries

25    and losses, if any there were.

26    **SIXTH AFFIRMATIVE DEFENSE**

27    AS AND FOR A SIXTH, SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE, this

28    answering defendant alleges on information and belief that Plaintiffs herein are barred from any

1  recovery herein on the basis that Plaintiffs' own negligence was the sole and proximate cause of the

2  injuries sustained herein, if any.   However, if a finding is made that this answering defendant was

3  negligent and proximately contributed to Plaintiffs' injuries and/or damages, which premise is

4  denied and asserted solely for the purposes of interposing this defense, Plaintiffs' amount of

5  recovery, if any, shall be reduced on the basis of his comparative negligence which contributed to

6  the incident herein and the injuries and/or damages and claims upon which Plaintiffs are seeking

7  recovery against this answering defendant.

8  ### SEVENTH AFFIRMATIVE DEFENSE

9  AS AND FOR A SEVENTH, SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE,

10  the injuries and damages claimed by Plaintiffs, if any there were, resulted from an intervening or

11  superseding cause and/or causes, and any act or omission on the part of this answering defendant

12  was not the proximate cause of Plaintiffs' alleged injuries and damages.

13  ### EIGHTH AFFIRMATIVE DEFENSE

14  AS AND FOR AN EIGHTH, SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE,

15  this answering defendant alleges that any injuries or damages suffered by Plaintiffs herein were

16  caused by risks, hazards and dangers to which Plaintiffs voluntarily consented and voluntarily

17  assumed.  Plaintiffs' recovery is barred, or should be reduced, by Plaintiffs' assumption of the risk.

18  ### NINTH AFFIRMATIVE DEFENSE

19  AS AND FOR A NINTH, SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE, this

20  answering defendant may elect to introduce evidence of amounts paid or payable, if any, as a

21  benefit to plaintiffs, pursuant to Civil Code section 3333.1.  Defendant denies that Plaintiffs have

22  been damaged or injured in any amount, and raises the foregoing as an affirmative defense only,

23  and premises liability solely for purposes of interposing this defense.

24  ### TENTH AFFIRMATIVE DEFENSE

25  AS AND FOR A TENTH, SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE, this

26  answering defendant alleges that Plaintiffs are not entitled to recover damages for non-economic

27  losses in excess of the amount specified in Civil Code section 3333.2.

28  ///

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA  94104
TEL: 415.362.2580

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA 94104
TEL: 415.362.2580

1    **ELEVENTH AFFIRMATIVE DEFENSE**

2    AS AND FOR AN ELEVENTH, SEPARATE, DISTINCT AND AFFIRMATIVE

3    DEFENSE, this answering defendant alleges that certain limitations in regard to fees shall apply to

4    any recovery for damages, if any is had, pursuant to Business and Professions Code section 6146.

5    **TWELFTH AFFIRMATIVE DEFENSE**

6    AS AND FOR A TWELFTH, SEPARATE, DISTINCT AND AFFIRMATIVE DEFENSE,

7    this answering defendant alleges that if there is a judgment in favor of said Plaintiffs and against

8    this answering defendant, and if such recovery exceeds $50,000, that such damages be subject to

9    periodization pursuant to California Code of Civil Procedure section 667.7.

10    **THIRTEENTH AFFIRMATIVE DEFENSE**

11    AS AND FOR A THIRTEENTH, SEPARATE, DISTINCT AND AFFIRMATIVE

12    DEFENSE, this answering defendant alleges, on information and belief, that certain sums have

13    been or will be paid to Plaintiffs in compensation for the same damages they seek against this

14    Defendant and therefore said Defendant is entitled to a set-off in said amount against any judgment

15    or recovery Plaintiffs may recover against this Defendant.

16    **FOURTEENTH AFFIRMATIVE DEFENSE**

17    AS AND FOR A FOURTEENTH SEPARATE, DISTINCT AND AFFIRMATIVE

18    DEFENSE, this answering defendant alleges that Plaintiffs failed to mitigate, minimize or avoid

19    damages allegedly caused by Defendant, and Defendant is therefore entitled to have any sum to

20    which Plaintiffs are entitled reduced by such sums as would have been mitigated, minimized or

21    avoided.

22    **FIFTEENTH AFFIRMATIVE DEFENSE**

23    AS AND FOR A FIFTEENTH, SEPARATE, DISTINCT AND AFFIRMATIVE

24    DEFENSE, this answering defendant alleges that defendant's conduct alleged by plaintiffs, of

25    which they complain, was at all times relevant, justified, privileged or otherwise reasonable.

26    **SIXTEENTH AFFIRMATIVE DEFENSE**

27    AS AND FOR A SIXTEENTH, SEPARATE, DISTINCT AND AFFIRMATIVE

28    DEFENSE, this answering defendant alleges that plaintiffs knowingly and voluntarily consented to

1  the treatment rendered by this answering defendant and were advised of all of the necessary

2  potential risks, complications, benefits and alternatives of that treatment.

### SEVENTEENTH AFFIRMATIVE DEFENSE

4  AS AND FOR A SEVENTEENTH, SEPARATE, DISTINCT AND AFFIRMATIVE

5  DEFENSE, this answering defendant alleges that plaintiffs' action is barred by the provisions of

6  California Civil Code section 1714.8, in that the injuries and damages complained of by plaintiffs,

7  if any, were solely as the result of the natural course of a disease or condition and/or expected result

8  of reasonable treatment rendered for the disease or condition by this answering defendant.

### EIGHTEENTH AFFIRMATIVE DEFENSE

10  AS AND FOR AN EIGHTEENTH SEPARATE, DISTINCT AND AFFIRMATIVE

11  DEFENSE, this answering defendant alleges that the alleged injuries and damages, if any, were the

12  result of unavoidable circumstances that could not have been prevented by any person, including

13  this answering defendant.

### NINETEENTH AFFIRMATIVE DEFENSE

15  AS AND FOR A NINETEENTH, SEPARATE, DISTINCT AND AFFIRMATIVE

16  DEFENSE, this answering defendant alleges that the injury, damage or loss suffered by the

17  plaintiffs herein are legally caused by the negligent or willful failure of the plaintiffs to follow the

18  advice and instructions of the attending health care providers, including this answering defendant,

19  and in otherwise failing to exercise ordinary care on his own behalf.

### TWENTIETH AFFIRMATIVE DEFENSE

21  AS AND FOR A TWENTIETH, SEPARATE, DISTINCT AND AFFIRMATIVE

22  DEFENSE, this answering defendant alleges that plaintiffs' alleged injuries, if any, occurred while

23  plaintiffs were under the care and/or control of individuals or entities other than this answering

24  defendant.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

26  AS AND FOR A TWENTY-FIRST, SEPARATE, DISTINCT AND AFFIRMATIVE

27  DEFENSE, this answering defendant alleges that it is entitled to the full benefits and protections

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA 94104
TEL: 415.362.2580

4820-0622-0290.1

20

1   provided under sections 1430 et seq., of the Civil Code (Proposition 51), otherwise entitled the Fair

2   Responsibility Act of 1986.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

4       AS AND FOR A TWENTY-SECOND, SEPARATE, DISTINCT AND AFFIRMATIVE

5   DEFENSE, this answering defendant alleges that plaintiffs did not detrimentally rely upon any

6   alleged representations or warranties made by this answering defendant.  Plaintiffs have failed to

7   state facts sufficient to support a cause of action for breach of warranty, express or implied, against

8   this answering defendant.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

10      AS AND FOR A TWENTY-THIRD, SEPARATE, DISTINCT AND AFFIRMATIVE

11  DEFENSE, this answering defendant alleges that Plaintiffs' complaint fails to state a claim against

12  this answering defendant upon which relief can be granted as to attorney's fees, costs, expenses,

13  prejudgment interest, post-judgment interest, estoppel or restitution.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

15      AS AND FOR A TWENTY-FOURTH, SEPARATE, DISTINCT AND AFFIRMATIVE

16  DEFENSE, this answering defendant alleges that Plaintiffs' complaint fails to state a claim against

17  this answering defendant upon which punitive or exemplary damages could or should be awarded

18  against this answering defendant.  There is no act or omission pursuant to which Plaintiffs can

19  recover punitive damages against this answering defendant, such that recovery of punitive or

20  exemplary damages would violate the state and federal constitutional rights of this answering

21  defendant.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

23      AS AND FOR A TWENTY-FIFTH, SEPARATE, DISTINCT AND AFFIRMATIVE

24  DEFENSE, plaintiffs' demand for punitive or exemplary damages from this answering defendant,

25  if they are so sought, violates the provisions of California Code of Civil Procedure §425.13.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

27      AS AND FOR A TWENTY-SIXTH, SEPARATE, DISTINCT AND AFFIRMATIVE

28  DEFENSE, this answering defendant alleges that Plaintiffs' complaint fails to state a claim for

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA  94104
TEL: 415.362.2580

1  unlawful conduct under the California Consumer Legal Remedies Act, California Civil Code §§

2  1750 *et seq.* because this statute is inapplicable to this action and/or to this answering defendant.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

4       AS AND FOR A TWENTY-SEVENTH, SEPARATE, DISTINCT AND AFFIRMATIVE

5  DEFENSE, this answering defendant adopts and incorporates by reference all defenses pleaded by

6  the other defendants except to the extent that they are inconsistent to the specific affirmative

7  defenses pleaded in this Answer.

8       Defendant denies that Plaintiffs have been injured in any amount, and raises the foregoing

9  as affirmative defenses only.

10       WHEREFORE, this answering defendant prays:

11       1.       That Plaintiffs take nothing by way of their Complaint on file herein;

12       2.       That this answering defendant be dismissed;

13       3.       That this answering defendant recover costs of suit incurred herein;

14       4.       And for such other and further relief as the Court may deem just and proper.

16  Dated:  January 7, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

18                                   By: _Carol Sleeth_____
                                         Daniel J. Meagher
19                                       Carol Sleeth
                                         Attorneys for Defendant
20                                       CALIFORNIA PACIFIC MEDICAL CENTER

*Left margin:* LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME ST., SUITE 1400
SAN FRANCISCO, CA  94104
TEL: 415.362.2580

4820-0622-0290.1

22

FIRST AMENDED ANSWER OF CALIFORNIA PACIFIC MEDICAL CENTER TO PLAINTIFFS' COMPLAINT