1  Lawrence J. Gornick (SBN 136290)
   Debra DeCarli (SBN 237642)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   44 Montgomery Street, 36th Floor
3  San Francisco, CA 94104
   Telephone: (415) 646-7160
4  Fax: (415) 981-1270
   lgornick@lskg-law.com
5  ddecarli@lskg-law.com

6
   Bruce W. Blakely (SBN 106832)
7  **FLAXMAN & BLAKELY, AN ASSOCIATION**
   591 Redwood Highway, Suite 2275
8  Mill Valley, CA 94941
   Telephone: (415) 381-6650
9  Fax: (415) 381-4301
   bruce@brucewblakely.com
10
   Attorneys for Plaintiffs
11

12                     **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| PETER JAY GERBER AND MIRIAM GOLDBERG, | Case No: 3:07-cv-05918-JSW |
| Plaintiffs, | |
| vs. | |
| BAYER CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35 | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE THE DECLARATION OF CAROL SLEETH AND ATTACHED DOCUMENTS**<br><br>Date:        January 11, 2008<br>Time:       9:00 a.m.<br>Courtroom:  2 |
| Defendants. | |

Having considered the submissions of the parties on Plaintiffs' Motion to Strike the Declaration of Carol Sleeth and Attached Documents:

- 1 -

- 2 -

1      Plaintiffs' Motion is GRANTED.  The Declaration of Carol Sleeth and its Attached Documents, Docket entry No. 40, Exhibit No. 5., is hereby stricken and ordered removed from public access.

    IT IS SO ORDERED.

Dated: _____      _____

    Honorable Jeffrey S. White