IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

| | |
|---|---|
| **JUDGE: JEFFREY S. WHITE** | **COURTROOM DEPUTY**: Jennifer Ottolini |
| **DATE**: January 11, 2008 | **Court Reporter:** Lydia Zinn |

**CASE NO.:**  C-07-5918   JSW

**TITLE:**  Peter Jay Gerber  v. Bayer Corporation

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Lawrence J. Gornick | Deborah Prosser |
| Debra DeCarli | Kenneth Conour |
| | Daniel Meagher |
| | Carol Seeth |
| | Nathan James |

**PROCEEDINGS:**    1) Motion to Remand

2) Motion to Stay

**RESULTS:**   The Court heard argument from counsel.
The motions are taken under submission.
A written ruling shall issue.

**cc:**

Case 3:07-cv-05918-JSW   Document 52   Filed 01/11/2008   Page 2 of 2