1    Deborah C. Prosser (SBN 109856)
     Email: Deborah.Prosser@KutakRock.com
2    Stephanie A. Hingle (SBN 199396)
     Email: Stephanie.Hingle@KutakRock.com
3    KUTAK ROCK LLP
     515 South Figueroa Street, Suite 1240
4    Los Angeles, CA 90071-3329
     Telephone: (213) 312-4000
5    Facsimile: (213) 312-4001

6    Attorneys for Defendants
     GENERAL ELECTRIC COMPANY, GE
7    HEALTHCARE INC. and GE HEALTHCARE
     BIO-SCIENCES CORP.

8

9                  UNITED STATES DISTRICT COURT

10    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11   PETER JAY GERBER and MIRIAM          CASE NO. CV-07-5918-JSW
     GOLDBERG,
12
                    Plaintiffs,           STIPULATION AND ORDER
13                                        EXTENDING TIME FOR DEFENDANT
            v.                            MCKESSON CORPORATION TO
14                                        ANSWER THE COMPLAINT
     BAYER CORPORATION AND
15   BAYER HEALTHCARE                     **[Jury Trial Demanded]**
     PHARMACEUTICALS, INC.; BMC
16   DIAGNOSTICS, INC.; CALIFORNIA        (San Francisco County Superior Court Case No.
     PACIFIC MEDICAL CENTER;              CGC07468577)
17   GENERAL ELECTRIC COMPANY;
     GE HEALTHCARE, INC.; GE
18   HEALTHCARE BIO-SCIENCES
     CORP.; McKESSON
19   CORPORATION; MERRY X-RAY
     CHEMICAL CORP.; and DOES 1
20   through 35

21                  Defendants.

22

23

24                           STIPULATION

25         WHEREAS, defendant McKesson Corporation ("McKesson") has been served with

26   the complaint in this action;

27         WHEREAS, McKesson recently tendered defense of this case to defendant GE

28   Healthcare Inc. ("GEHC");

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND ORDER EXTENDING TIME              NO. CV-07-5918-JSW

1    WHEREAS, counsel for GEHC in this action became aware of this tender on

2    January 14, 2008;

3    WHEREAS, GEHC is in the process of diligently evaluating the tender, and in the

4    interim seeks to avoid any prejudice to GEHC and/or to McKesson from any delay in

5    McKesson answering the complaint;

6    NOW THEREFORE, IT IS HEREBY STIPULATED, subject to Court approval,

7    that McKesson shall have until January 31, 2008 to answer the complaint on file in this

8    action.

9    Dated: January 16, 2008             LEVIN SIMES KAISER & GORNICK LLP

10

11                                        By: _____

12                                            Lawrence J. Gornick, Esq.
                                             Debra DeCarli, Esq.
13                                           Attorneys for Plaintiff

14   Dated: January 16, 2008             KUTAK ROCK LLP

15

16                                        By: _____

17                                            Deborah C. Prosser, Esq.
                                             Stephanie A. Hingle, Esq.
18                                           Attorneys for Defendant
                                             GE HEALTHCARE INC.
19

20                                        ORDER

21   Good cause appearing therefore, based upon the foregoing Stipulation, defendant

22   McKesson Corporation is granted until on or before January 31, 2008 to answer the

23   complaint on file in this action.

24

25   Dated: _____    _____

26                                        JUDGE JEFFREY S. WHITE

27

28                                        - 2 -

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND ORDER EXTENDING TIME              NO. CV-07-5918-JSW

# PROOF OF SERVICE
### *Peter Jay Gerber, et al. vs. Bayer Corporation, et al.*
### *U.S. District Court, Northern District of California,*
### *San Francisco Division, Case No. CV-07-5918*
### *(San Francisco Superior Court Case No.: CGC-07-468577)*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the City of Los Angeles in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 S. Figueroa Street, Suite 1240, Los Angeles, California 90071.

     On January 16, 2008, I served the following documents described as

### **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT MCKESSON CORPORATION TO ANSWER THE COMPLAINT**

on all interested parties in this action by placing a true copy or the original thereof enclosed in a sealed envelope or package addressed as stated on the attached mailing list.

[ ]   **(BY FACSIMILE)** The facsimile machine I used complied with Rule 2.301(3) and no error was reported by the machine. Pursuant to Rule 2.306(g)(4), I caused the machine to print a record of the transmission.

[ ]   **(BY MAIL, 1013a, 2015.5 C.C.P.)** I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[XX]   **(BY NOTICE OF ELECTRONIC FILING)** Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

[ ]   **(BY OVERNIGHT DELIVERY/COURIER)** I delivered such envelope or package to a courier or driver authorized by the express service carrier; or deposited such envelope or package to a regularly maintained drop box or facility to receive documents by the express service carrier with delivery fees provided for.

[ ]   **(BY MESSENGER)** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a messenger for personal service. (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*)

[ ]    **(BY PERSONAL SERVICE)**  I delivered the foregoing envelope by hand to the offices of the addressee.

[ ]    **(STATE)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[XX]  **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on January 16, 2008, at Los Angeles, California.

Virginia L. Gomez

**SERVICE LIST**

| | |
|---|---|
| Lawrence J. Gornick, Esq.<br>Debra DeCarli, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>Tel: 415-646-7160<br>Fax: 415-981-1270<br>Email: lgornick@lskg-law.com<br> ddecarli@lskg-law.com<br>***Attorneys for Plaintiffs*** | Bruce W. Blakely, Esq.<br>Flaxman & Blakely, An Association<br>591 Redwood Highway, Suite 2275<br>Mill Valley, CA 94941<br>Tel: 415-381-6650<br>Fax: 415-381-4301<br>Email: bruce@brucewblakely.com<br>***Attorneys for Plaintiffs*** |
| Kenneth P. Conour, Esq.<br>Drinker Biddle & Reath LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>Tel: 415-591-7500<br>Fax: 415-591-7510<br>Email: Kenneth.Conour@dbr.com<br>***Attorneys for Bayer Healthcare Pharmaceuticals Inc.*** | Carol Sleeth, Esq. **(Via U.S. Mail)**<br>Lewis Brisbois Bisgaard & Smith<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>Tel: 415 362-2580<br>Fax: 415 434-0882<br>***Attorneys for California Pacific Medical Center*** |
| H. Nathan James, Esq.<br>Seifer, Murken, Despina, James & Teichman<br>2135 Lombard Street<br>San Francisco, CA 94123<br>Tel: 415-749-5900<br>Fax: 415-749-0344<br>***Attorneys for Merry X-Ray Chemical Center*** | Daniel J. Meagher, Esq.<br>Carol Sleeth, Esq.<br>Lewis Brisbois Bisgaard & Smith LLP<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>Tel: 415-362-2580<br>Fax: 415-434-0882<br>***Attorneys for California Pacific Medical Center*** |
| Robert K. Lawrence, Esq.<br>Bjork Lawrence<br>1850 Mt. Diablo Blvd., Suite 120<br>Walnut Creek, CA 94596<br>Tel: 925-279-1150<br>Fax: 925-279-1160<br>***Attorneys for BMC Diagnostics, Inc.*** | |