| | |
|---|---|
| 1 | Deborah C. Prosser (SBN 109856) |
| | Email: Deborah.Prosser@KutakRock.com |
| 2 | Stephanie A. Hingle (SBN 199396) |
| | Email: Stephanie.Hingle@KutakRock.com |
| 3 | KUTAK ROCK LLP |
| | 515 South Figueroa Street, Suite 1240 |
| 4 | Los Angeles, CA 90071-3329 |
| | Telephone: (213) 312-4000 |
| 5 | Facsimile: (213) 312-4001 |
| 6 | Attorneys for Defendants |
| | GENERAL ELECTRIC COMPANY, GE |
| 7 | HEALTHCARE INC. and GE HEALTHCARE |
| | BIO-SCIENCES CORP. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER JAY GERBER and MIRIAM GOLDBERG, | CASE NO. CV-07-5918-JSW |
| Plaintiffs, | **STIPULATED ORDER OF DISMISSAL OF DEFENDANT GE HEALTHCARE BIO-SCIENCES CORP.** |
| v. | |
| BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35 | **[Jury Trial Demanded]**<br><br>(San Francisco County Superior Court Case No. CGC07468577) |
| Defendants. | |

WHEREAS Plaintiffs Peter Jay Gerber and Miriam Goldberg's ("Plaintiffs") and Defendant GE Healthcare Bio-Sciences Corp. ("the Parties) entered into a Tolling Agreement on December 28, 2007. A copy of the Tolling Agreement is attached hereto as Exhibit "A."

///

1  WHEREAS the Tolling Agreement provides, in pertinent part, that Plaintiffs
2  dismiss any and all claims against GE Healthcare Bio-Sciences Corp. without prejudice.
3  Accordingly, it is HEREBY STIPULATED by and between the Parties that
4  Plaintiffs' Complaint in the above-entitled action be dismisssed in its entirety without
5  prejudice as to GE Healthcare Bio-Sciences Corp. only.

Dated: December 31, 2007    KUTAK ROCK LLP

By: *Stephanie Hingle*
Deborah C. Prosser
Stephanie A. Hingle
Attorneys for Defendant
GE HEALTHCARE BIO-SCIENCES, CORP.

Dated: December 31, 2007    LEVIN SIMES KAISER & GORNICK

By: *Debra DeCarli*
Larry J. Gornick
Debra DeCarli
Attorneys for Plaintiffs
PETER JAY GERBER and MIRIAM GOLDBERG

**IT IS SO ORDERED.**

Dated: January 3, 2008

*Jeffrey S. White*
UNITED STATES DISTRICT COURT

4813-7661-5426.1                    - 2 -

STIPULATED ORDER OF DISMISSAL        CASE NO. CV-07-5918-JSW

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES