Deborah C. Prosser (SBN 109856)
Email: Deborah.Prosser@KutakRock.com
Stephanie A. Hingle (SBN 199396)
Email: Stephanie.Hingle@KutakRock.com
KUTAK ROCK LLP
515 South Figueroa Street, Suite 1240
Los Angeles, CA 90071-3329
Telephone: (213) 312-4000
Facsimile: (213) 312-4001

Attorneys for Defendants
GENERAL ELECTRIC COMPANY, GE
HEALTHCARE INC. and GE HEALTHCARE
BIO-SCIENCES CORP.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER JAY GERBER and MIRIAM GOLDBERG,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35<br><br>Defendants. | CASE NO. CV-07-5918-JSW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT MCKESSON CORPORATION TO ANSWER THE COMPLAINT**<br><br>**[Jury Trial Demanded]**<br><br>(San Francisco County Superior Court Case No. CGC07468577) |

## STIPULATION

WHEREAS, defendant McKesson Corporation ("McKesson") has been served with the complaint in this action;

WHEREAS, McKesson recently tendered defense of this case to defendant GE Healthcare Inc. ("GEHC");

1  WHEREAS, counsel for GEHC in this action became aware of this tender on January 14, 2008;

2  WHEREAS, GEHC is in the process of diligently evaluating the tender, and in the interim seeks to avoid any prejudice to GEHC and/or to McKesson from any delay in McKesson answering the complaint;

3  NOW THEREFORE, IT IS HEREBY STIPULATED, subject to Court approval, that McKesson shall have until January 31, 2008 to answer the complaint on file in this action.

Dated: January 16, 2008        LEVIN SIMES KAISER & GORNICK LLP

By: _____
Lawrence J. Gornick, Esq.
Debra DeCarli, Esq.
Attorneys for Plaintiff

Dated: January 16, 2008        KUTAK ROCK LLP

By: _____
Deborah C. Prosser, Esq.
Stephanie A. Hingle, Esq.
Attorneys for Defendant
GE HEALTHCARE INC.

ORDER

Good cause appearing therefore, based upon the foregoing Stipulation, defendant McKesson Corporation is granted until on or before January 31, 2008 to answer the complaint on file in this action.

Dated: January 18, 2008

_____
JUDGE JEFFREY S. WHITE