1  Charles T. Sheldon  Bar No. 155598
   E-mail:  charles.sheldon@sdma.com
2  Michael L. Fox  Bar No. 173355
   E-mail:  michael.fox@sdma.com
3  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
6
   Marsha M. Piccone (pro hac vice pending)
7  piccone@wtklaw.com
   John M. Fitzpatrick (pro hac vice pending)
8  fitzpatrick@wtklaw.com
   Galen D. Bellamy (SBN #231792)
9  bellamy@wtklaw.com
   Reneé A. Carmody (pro hac vice pending)
10 carmody@wtklaw.com
   WHEELER TRIGG KENNEDY LLP
11 1801 California Street, Suite 3600
   Denver, Colorado 80202
12 Telephone:  (303) 244-1800
   Facsimile:  (303) 244-1879
13
   Attorneys for Defendant
14 McKESSON CORPORATION

15                   UNITED STATES DISTRICT COURT

16          NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  PETER JAY GERBER and MIRIAM GOLDBERG, | CASE NO. CV-07-05918-JSW |
| 19              Plaintiff, | **DEFENDANT MCKESSON CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIV.L.R. 3-16** |
| 20          v. | |
| 21  BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35, | JUDGE:   Hon. Jeffrey S. White |
| 27              Defendants. | |

28

SF/1481288v1

-1-      CASE NO. CV-07-05918-JSW
DEFENDANT MCKESSON CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
PURSUANT TO CIV.L.R. 3-16

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

<u>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**</u>

<u>**PURSUANT TO CIV.L.R. 3-16**</u>

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties to this action, there is no such interest to report.

DATED: January 31, 2008         Respectfully submitted,

SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:     /s/ Michael L. Fox
        Charles T. Sheldon
        Michael L. Fox

        and

        Marsha M. Piccone (pro hac vice pending)
        piccone@wtklaw.com
        John M. Fitzpatrick (pro hac vice pending)
        fitzpatrick@wtklaw.com
        Galen D. Bellamy (SBN #231792)
        bellamy@wtklaw.com
        Reneé A. Carmody (pro hac vice pending)
        carmody@wtklaw.com
        WHEELER TRIGG KENNEDY LLP
        1801 California Street, Suite 3600
        Denver, Colorado 80202
        Telephone: (303) 244-1800
        Facsimile: (303) 244-1879

        Attorneys for Defendant
        McKESSON CORPORATION