1  Charles T. Sheldon  Bar No. 155598
   E-mail: charles.sheldon@sdma.com
2  Michael L. Fox  Bar No. 173355
   E-mail: michael.fox@sdma.com
3  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   One Market Plaza
4  Steuart Tower, 8th Floor
   San Francisco, California 94105
5  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
6
   Marsha M. Piccone (pro hac vice pending)
7  piccone@wtklaw.com
   John M. Fitzpatrick (pro hac vice pending)
8  fitzpatrick@wtklaw.com
   Galen D. Bellamy (SBN #231792)
9  bellamy@wtklaw.com
   Reneé A. Carmody (pro hac vice pending)
10 carmody@wtklaw.com
   WHEELER TRIGG KENNEDY LLP
11 1801 California Street, Suite 3600
   Denver, Colorado 80202
12 Telephone: (303) 244-1800
   Facsimile: (303) 244-1879
13
   Attorneys for Defendant
14 McKESSON CORPORATION

15                 UNITED STATES DISTRICT COURT

16       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

18 | PETER JAY GERBER and MIRIAM GOLDBERG, | CASE NO. CV-07-05918-JSW |
19 | | **CORPORATE DISCLOSURE STATEMENT OF MCKESSON CORPORATION** |
   | Plaintiff, | |
20 | v. | JUDGE: Hon. Jeffrey S. White |
21 | | |
22 | BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35, | |
   | Defendants. | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## MCKESSON CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, this corporate disclosure statement is filed on behalf of Defendant McKesson Corporation ("McKesson").

Defendant McKesson Corporation, discloses that it has no parent corporation, that its shares are publicly traded on the NASDAQ, and that no publicly held corporation owns 10% or more of its stock.

DATED: January 31, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:    /s/   Michael L. Fox
       Charles T. Sheldon
       Michael L. Fox

       and

       Marsha M. Piccone (pro hac vice pending)
       piccone@wtklaw.com
       John M. Fitzpatrick (pro hac vice pending)
       fitzpatrick@wtklaw.com
       Galen D. Bellamy (SBN #231792)
       bellamy@wtklaw.com
       Reneé A. Carmody (pro hac vice pending)
       carmody@wtklaw.com
       WHEELER TRIGG KENNEDY LLP
       1801 California Street, Suite 3600
       Denver, Colorado 80202
       Telephone: (303) 244-1800
       Facsimile: (303) 244-1879

       Attorneys for Defendant
       McKESSON CORPORATION