| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Reneé A. Carmody, Esq.<br>Illinois State Bar No.6286231<br>WHEELER TRIGG KENNEDY LLP<br>1801 California Street, Suite 3600<br>Denver, CO 80202-2617<br>Phone: (303) 244-1800<br>Facsimile: (303) 244-1879<br>E-mail: piccone@wtklaw.com<br><br>Attorneys for Defendants |



FILED

08 FEB -1 PM 4: 17

R... W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER JAY GERBER and MIRIAM GOLDBERG,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35,<br><br>Defendants. | CASE NO. CV-07-05918-JSW<br><br>**APPLICATION FOR ADMISSION**<br>***PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Reneé A. Carmody, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing McKesson Corporation, in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3.   Attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as co-counsel in the above-entitled action. The names, address and telephone number of the attorneys are:

>  Charles T. Sheldon, Esq.
>  Michael L. Fox, Esq.
>  Sedgwick, Detert, Moran & Arnold, LLP
>  One Market Plaza, Steuart Tower - 8th Floor
>  San Francisco, California 94105
>  Telephone: (415) 781-7900
>  Facsimile: (415) 781-2635
>  Email: charles.sheldon@sdma.com
>  Email: michael.fox@sdma.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 31, 2008

By:s/ _Reneé A. Carmody_
Reneé A. Carmody, Esq.
Illinois State Bar No.6286231
WHEELER TRIGG KENNEDY LLP
1801 California Street, Suite 3600
Denver, CO 80202-2617
Phone: (303) 244-1800
Fax: (303) 244-1879
E-mail: carmody@wtklaw.com

607905v.1