1  Reneé A. Carmody, Esq.
   Illinois State Bar No. 6286231
2  WHEELER TRIGG KENNEDY LLP
   1801 California Street, Suite 3600
3  Denver, CO 80202-2617
   Phone: (303) 244-1800
4  Facsimile: (303) 244-1879
   E-mail: piccone@wtklaw.com
5
   Attorneys for Defendants
6

7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  PETER JAY GERBER and MIRIAM          CASE NO. CV-07-05918-JSW
    GOLDBERG,
12                                       (Proposed)
           Plaintiffs,                   ORDER GRANTING APPLICATION FOR
13                                       ADMISSION OF ATTORNEY
       v.                                *PRO HAC VICE*
14
    BAYER CORPORATION AND BAYER
15  HEALTHCARE PHARMACEUTICALS,
    INC.; BMC DIAGNOSTICS, INC.;
16  CALIFORNIA PACIFIC MEDICAL
    CENTER; GENERAL ELECTRIC
17  COMPANY; GE HEALTHCARE, INC.;
    GE HEALTHCARE BIO-SCIENCES
18  CORP.; McKESSON CORPORATION;
    MERRY X-RAY CHEMICAL CORP.;
19  and DOES 1 through 35,

20         Defendants.

21

22      Reneé A. Carmody, an active member in good standing of the bar of the State of Illinois,

23  whose business address and telephone number is:  Wheeler Trigg Kennedy LLP, 1801 California

24  Street, Suite 3600, Denver, Colorado 80202; (303) 244-1800, having applied in the above-titled

25  action for admission to practice in the Northern District of California on a *pro hac vice* basis,

26  representing McKesson Corporation,

27      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

28  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

1  *vice.* Service of papers upon and communication with co-counsel designated in the application

2  will constitute notice to the party. All future filings in this action are subject to the requirements

3  contained in General Order 45, *Electronic Case Filing.*

4  DATED: Feb. 5 ____, 2008

5

6  By: _____
   United States District Court Judge Jeffrey S. White

7

8  607907v.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28