Marsha M. Piccone, Esq.
Colorado State Bar No.15268
WHEELER TRIGG KENNEDY LLP
1801 California Street, Suite 3600
Denver, CO 80202-2617
Phone: (303) 244-1800
Facsimile: (303) 244-1879
E-mail: piccone@wtklaw.com

Attorneys for Defendants

FEB -1 PM 4: 1

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PETER JAY GERBER and MIRIAM GOLDBERG,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION AND BAYER HEALTHCARE PHARMACEUTICALS, INC.; BMC DIAGNOSTICS, INC.; CALIFORNIA PACIFIC MEDICAL CENTER; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; GE HEALTHCARE BIO-SCIENCES CORP.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35,<br><br>Defendants. | CASE NO. CV-07-05918-JSW<br><br>(~~Proposed~~)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Marsha M. Piccone, an active member in good standing of the bar of the State of Colorado, whose business address and telephone number is: Wheeler Trigg Kennedy LLP, 1801 California Street, Suite 3600, Denver, Colorado 80202; (303) 244-1800, having applied in the above-titled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing McKesson Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1  *vice.* Service of papers upon and communication with co-counsel designated in the application
2  will constitute notice to the party. All future filings in this action are subject to the requirements
3  contained in General Order 45, *Electronic Case Filing.*
4  DATED: Feb. 5, 2008

By: *[signature]*
United States District Court Judge Jeffrey S. White

8  607878v.1