**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 13, 2008

San Francisco Superior Court
400 McAllister Street
San Francisco, CA 94102

RE:  CV 07-05918 JSW    PETER JAY GERBER-v-BAYER CORPORATION
     Your Case Number: (CGC07468577)

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

       (X)    Certified copies of docket entries

       (X)    Certified copies of Remand Order

       ( )    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        *Simone Voltz*

        by:  Simone Voltz
        Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg