LAW OFFICES OF

# JENKINS GOODMAN NEUMAN & HAMILTON LLP

REPLY TO → SAN FRANCISCO OFFICE
417 MONTGOMERY STREET, 10TH FLOOR
SAN FRANCISCO, CA 94104-1192
TEL (415) 705-0400  FAX (415) 705-0411

February 15, 2008

LOS ANGELES OFFICE
400 OCEANGATE, 7TH FLOOR
LONG BEACH, CA 90802-4306
TEL (562) 216-2952  FAX (562) 216-2953

**VIA E-FILE**

The Honorable Jeffrey S. White
United States District Court
Northern District of California
Courtroom 2, 17th Floor
450 Golden Gate Ave
San Francisco, CA 94102

E-MAIL ADDRESS                DIRECT PHONE
JHETHERINGTON@JGN.COM    (415) 705-0158

Re:    *Peter Jay Gerber v. Bayer Corporation, et al*
       Case No. C-07-05918 JSW

Dear Judge White:

Our office represents McKesson Corporation in several litigated matters, including the above case. Due to an error on my part I caused a second Answer to be filed on behalf of McKesson Corporation on January 31, 2008, after an initial Answer was filed on behalf of this defendant by Michael Fox at Sedgwick, Detert, Moran and Arnold.

I respectfully request that the Answer filed by our office on behalf of McKesson Corporation be withdrawn, and that the Answer filed by Mr. Fox stand as McKesson's Answer in this matter.

If there are any questions regarding this request by the Court or counsel I can be reached at (415) 705-0158.

Sincerely,

James Hetherington

cc:    All Counsel