**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

February 22, 2008

**San Francisco Superior Court**
**400 McAllister, Rm 103**
**San Francisco, CA 94102**

RE:  CV 07-05918 JSW    PETER JAY GERBER-v-BAYER CORPORATION

   Your Case Number: (CGC 07-468577)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (x)   Certified copies of docket entries

   (x)   Certified copies of Remand Order

   ()    Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

   Sincerely,

   RICHARD W. WIEKING, Clerk

   *[signature]*

   by:  Hilary D. Jackson
   Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg