UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov



ENDORSED
FILED
San Francisco County Superior Court

FEB 1 4 2008

GORDON PARK-LI, Clerk
By: __JUDITH C. NUNEZ__
Deputy Clerk

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 13, 2008

San Francisco Superior Court
400 McAllister Street
San Francisco, CA 94102

RE: CV 07-05918 JSW   PETER JAY GERBER-v-BAYER CORPORATION
     Your Case Number: (CGC07468577)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Simone Voltz
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg