FILED
'08 MAR 10 PM 1:04
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ENDORSED
F I L E D
San Francisco County Superior Court

MAR 07 2008

GORDON PARK-LI, Clerk
BY: _____JEANETTE SANTOS_____
Deputy Clerk

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 22, 2008

**San Francisco Superior Court**
**400 McAllister, Rm 103**
**San Francisco, CA 94102**

RE: <u>CV 07-05918 JSW   PETER JAY GERBER-v-BAYER CORPORATION</u>

Your Case Number: <u>(CGC 07-468577)</u>

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (x)    Certified copies of docket entries

        (x)    Certified copies of Remand Order

        ()    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        by: <u>Hilary D. Jackson</u>
        Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg