1  Lawrence J. Gornick (SBN 136290)
   Debra DeCarli (SBN 237642)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   44 Montgomery Street, 36th Floor
3  San Francisco, CA 94104
   Telephone: (415) 646-7160
4  Fax: (415) 981-1270
   lgornick@lskg-law.com
5  ddecarli@lskg-law.com

6

7  Bruce W. Blakely (SBN 106832)
   **FLAXMAN & BLAKELY, AN ASSOCIATION**
8  591 Redwood Highway, Suite 2275
   Mill Valley, CA 94941
9  Telephone: (415) 381-6650
   Fax: (415) 381-4301
10 bruce@brucewblakely.com

11 Attorneys for Plaintiffs

FILED
08 MAR 17 AM 8: 36
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JAY GERBER AND MIRIAM GOLDBERG, | Case No: 3:07-cv-05918-JSW |
| Plaintiffs, vs. | **BY FAX** |
| BAYER CORPORATION . et al. Defendants. | PROOF OF SERVICE VIA US MAIL OF PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT |

   I certify that I am over the age of 18 years and not a party to the within action; that my business address is 44 Montgomery Street, 36th Floor, San Francisco, CA 94104; and that on this date I served a true copy of the document(s) entitled:

   **CASE MANAGEMENT CONFERENCE STATEMENT**

   Service was effectuated by forwarding the above-noted document in the following manner:

   XX  **By Regular Mail** in a sealed envelope, addressed as noted above, with postage fully prepaid and placing it for collection and mailing following the ordinary business practices of Levin Simes Kaiser & Gornick.

   **By Electronic Mail**

- 1 -
PROOF OF SERVICE

**By Hand Delivery** in a sealed envelope, addressed as noted above, through services provided by the office of Levin Simes Kaiser & Gornick.

**By Facsimile** to the numbers as noted below by placing it for facsimile transmittal following the ordinary business practices of Levin Simes Kaiser & Gornick.

**By Overnight Courier** in a sealed envelope, addressed as noted above, through services provided by (Federal Express, UPS,) and billed to Levin Simes Kaiser & Gornick.

| | |
|---|---|
| Annette Stepanian, Esq.<br>Kenneth Conour, Esq.<br>Drinker Biddle & Reath, LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105<br>annette.stepanian@dbr.com<br>kenneth.conour@dbr.com<br>***Attorneys for Bayer Corporation and Bayer Healthcare Pharmaceuticals*** | Deborah C. Prosser, Esq.<br>Stephanie Hingle, Esq.<br>Kutak Rock LLP<br>515 South Figueroa Street, Suite 1240<br>Los Angeles, CA 90071<br>dprosser@bwslaw.com<br>Stephanie.hingle@KutakRock.com<br>***Attorneys for General Electric Company, GE Healthcare, Inc. and GE Healthcare Bio-Sciences Corp.*** |
| Carol Sleeth, Esq.<br>Lewis Brisbois Bisgaard & Smith<br>One Sansome Street, Suite 1400<br>San Francisco, CA 94104<br>Phone: (415) 362-2580<br>Fax:    (415) 434-0882<br>***Attorneys for California Pacific Medical Center*** | H. Nathan James, Esq.<br>Seifer, Murken, Despina, James & Teichman<br>2135 Lombard Street<br>San Francisco, CA 94123<br>Phone: (415) 749-5900<br>Fax:    (415) 749-0344<br>***Attorneys for Merry X-Ray Chemical Corp.*** |
| Robert K. Lawrence, Esq.<br>Bjork Lawrence<br>1850 Mt. Diablo Blvd., Suite 120<br>Walnut Creek, CA 94596<br>Phone: (925) 279-1150<br>Fax:    (925) 279-1160<br>***Attorneys for BMC Diagnostics, Inc.*** | Charles T. Shelton<br>Michael L. Fox<br>Sedgewick, Detert, Moran & Arnold LLP<br>One Market Steuart Tower Eight Floor<br>San Francisco CA 94105<br>Phone: 415-781-7900<br>Fax:    415-781-2635<br>charles.sheldon@sdma.com<br>michael.fox@sdma.com<br>***Attorneys for McKesson Corporation*** |
| Marsha M. Piccone (*pro hac vice pending*)<br>John M. Fitzpatrick (*pro hac vice pending*)<br>Galen D. Bellamy<br>Renee A. Carmody<br>Wheeler Trigg Kennedy LLP<br>1801 California Street Suite 3600<br>Denver CO 80202<br>Phone: 303-244-1800<br>Fax:    303-244-1879<br>piccone@wtklaw.com<br>fitzpatrick@wtklaw.com<br>bellamy@wtklaw.com<br>carmody@wtklaw.com<br>***Attorneys for McKesson Corporation*** | |

PROOF OF SERVICE